# EXHIBIT A

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below I represent to the Court that I have been employed by **A Sure Wing, LLC d/b/a Buffalo Wild Wings** or its parents, subsidiary or affiliated companies within the prior three (3) years, and in one or more of those weeks was not paid all minimum wages and/or overtime owed to me as required by 29 U.S.C. § 201 *et seq*. I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

My name is: __Derissa Davis__ (print your name)

Your signature: __/s/ Derissa Davis__

Date on which I signed this Notice: __November 18, 2015__
(today's date)

## NOTICE OF CONSENT TO BECOME A PARTY PLAINTIFF IN A COLLECTIVE ACTION UNDER THE FAIR LABOR STANDARDS ACT

By my signature below I represent to the Court that I have been employed by **A Sure Wing, LLC d/b/a Buffalo Wild Wings** or its parents, subsidiary or affiliated companies within the prior three (3) years, and in one or more of those weeks was not paid all minimum wages and/or overtime owed to me as required by 29 U.S.C. § 201 *et seq.* I authorize through this Consent the filing and prosecution of this Fair Labor Standards Act action in my name and on behalf of all persons similarly situated to myself.

My name is: Jennifer Johnson (print your name)

Your signature: *[signature]*

Date on which I signed this Notice: 12.5.15 (today's date)

Return this form by mail, email, or fax to:

**Werman Salas P.C.**
77 W. Washington Street, Suite 1402
Chicago, IL 60602
Fax: (312) 419-1025
dwerman@flsalaw.com