IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DERISSA DAVIS and JENNIFER JOHNSON, on behalf of themselves and all other persons similarly situated, known and unknown, | ) ) ) ) |
| Plaintiffs, | ) Case No. 15-cv-1384 ) ) |
| v. | ) ) ) |
| A SURE WING, LLC, DIVERSIFIED RESTAURANT HOLDINGS, INC. and AMC WINGS, INC. | ) JURY DEMANDED ) ) ) |
| Defendants. | ) ) |

## NOTICE OF SETTLEMENT

Notice is hereby given that the Parties have reached an agreement in principle to resolve Plaintiffs' Fed. R. Civ. P. 23 class action and Fair Labor Standards Act collective action claims.

The Parties intend to seek court approval of their proposed settlement.

DATED: July 6, 2016

| | |
|---|---|
| DERISSA DAVIS and JENNIFER JOHNSON | A SURE WING, LLC |
| By: s/Douglas M. Werman  One of Their Attorneys | By: s/Jason K. Turk (with consent)  One of Its Attorneys |
| Douglas M. Werman  Zachary C. Flowerree  Werman Salas P.C.  77 West Washington, Suite 1402  Chicago, Illinois 60602  Fax: (312) 419-1025  Phone: (312) 419-1008  Email: dwerman@flsalaw.com  Email: zflowerree@flsalaw.com | Christopher P. Threlkeld, #6271483  LUCCO, BROWN, THRELKELD &  DAWSON L.L.P.  224 St. Louis Street  P. O. Box 539  Edwardsville, IL 62025  Telephone: (618) 656-2321  Facsimile: (618) 656-2363  Email: cthrelkeld@lbtdlaw.com |

*Attorneys for Plaintiffs*

Christopher O. Bauman
Glenn A. Norton
Jason K. Turk
Blitz, Bardgett & Deutsch, L.C.
120 South Central Ave., Ste. 1500
St. Louis, MO 63105
Phone: (314) 863-1500
Fax: (314) 863-1877
Email: cbauman@bbdlc.com
Email: gnorton@bbdlc.com
Email: jturk@bbdlc.com

*Attorneys for Defendant A Sure Wing, LLC*

DIVERSIFIED RESTAURANT HOLDINGS, INC. and AMC WINGS, INC.

By: s/Sari M. Alamuddin (with consent)
    One of Their Attorneys

Sari M. Alamuddin
Stephanie L. Sweitzer
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, Illinois 60601-5094
Telephone: (312) 324-1741
Fax (312) 324-1001
Email: salamuddin@morganlewis.com
Email: ssweitzer@morganlewis.com

*Attorneys for Defendants Diversified Restaurant Holdings, Inc. and AMC Wings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2016, I electronically filed **Notice of Settlement** with the Clerk of the District using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

- **J. William Lucco –** blucco@lbtdlaw.com.

- **Christopher P. Threlkeld** – cthrelkeld@lbtdlaw.com.

- **Christopher O. Bauman –** cbauman@bbdlc.com

- **Glenn A. Norton –** gnorton@bbdlc.com

- **Jason K. Turk –** jturk@bbdlc.com

- **Sari M. Alamuddin –** salamuddin@morganlewis.com

- **Stephanie L. Sweitzer –** ssweitzer@morganlewis.com

                                            s/Douglas M. Werman
                                            One of Plaintiffs' Attorneys

Douglas M. Werman – dwerman@flsalaw.com
Zachary C. Flowerree – zflowerree@flsalaw.com
Werman Salas P.C.
77 W. Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008

Attorneys for Plaintiffs