# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DERISSA DAVIS and JENNIFER JOHNSON,** | ) |
| **on behalf of themselves and all other persons** | ) |
| **similarly situated, known and unknown,** | ) |
| | ) **Case No.  15-cv-1384-SCW** |
| **Plaintiffs,** | ) |
| | ) |
| | ) |
| **v.** | ) **Magistrate Judge Stephen C. Williams** |
| | ) |
| **A SURE WING, LLC, DIVERSIFIED** | ) |
| **RESTAURANT HOLDINGS, INC. and AMC** | ) |
| **WINGS, INC.** | ) |
| | ) |
| **Defendants.** | ) |

## INDEX OF EXHIBITS

| EXHIBIT | DOCUMENT |
|---|---|
| | Declaration of Douglas M. Werman |
| | Exhibit 1.  Class Action Settlement Agreement |
| | a.  List of Class Members |
| | b.  Short Form Notice |
| A | |

# EXHIBIT A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DERISSA DAVIS and JENNIFER JOHNSON,** on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>**Plaintiffs,**<br><br>v.<br><br>**A SURE WING, LLC, DIVERSIFIED RESTAURANT HOLDINGS, INC. and AMC WINGS, INC.**<br><br>**Defendants.** | ) ) ) ) ) ) ) ) ) ) ) ) ) )  **Case No.   15-cv-1384-SCW**<br><br>**Magistrate Judge Stephen C. Williams** |

### DECLARATION OF DOUGLAS M. WERMAN

I, Douglas M. Werman, declare and state under penalty of perjury, the following:

1.      I am a member in good standing of the Illinois State Bar and am the managing shareholder of Werman Salas P.C.

2.      All the facts stated herein are true and correct and are within my personal knowledge.

3.      I submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement Agreement for Class and Collective Action Claims, Appointment of Plaintiffs' Counsel as Class Counsel, and Approval of Plaintiffs' Proposed Notice of Settlement. A copy of the Parties' Settlement Agreement is attached hereto as Exhibit 1.

### My Experience

4.      I graduated from Loyola University of Chicago's School of Law in 1990. I

1

received my undergraduate degree from the University of Illinois, Champaign-Urbana, in 1987. I

was admitted to practice law in the State of Illinois in 1990.   During the entire course of my

legal practice, I have practiced primarily in the area of labor and employment law. Since 2001,

my practice has been highly concentrated in representing employees in cases arising under

federal and state wage and hour laws, including the Fair Labor Standards Act ("FLSA"), Illinois

Minimum Wage Law ("IMWL"), the Illinois Wage Payment and Collection Act ("IWPCA") and

the Illinois Day and Temporary Labor Services Act ("IDTLSA").

     5.     Over 95% of my legal work involves federal and state court litigation of wage and

hour cases in which employees seek to collect unpaid compensation or other owed employment

benefits.

     6.     I am admitted in the following courts:

| COURT OF ADMISSION | DATE OF ADMISSION |
|---|---|
| State of Illinois | 11/08/1990 |
| United States District Court, Northern District of Illinois | 12/20/1990 |
| United States Court Appeals, Seventh Circuit | 08/05/1994 |
| United States District Court, Western District of Michigan | 06/24/1999 |
| United States District Court, Central District of Illinois | 03/30/2001 |
| United States District Court, Eastern District of Michigan | 03/25/2003 |
| United States District Court, Southern District of Illinois | 04/08/2010 |
| United States District Court, Northern District of Indiana | 10/25/2010 |
| United States Court Appeals, Second Circuit | 11/21/2013 |
| United States Court Appeals, Eleventh Circuit | 05/06/2015 |
| United States District Court, | 07/22/2015 |

| Western District of New York | |
|---|---|
| United States Federal Claims Court | 08/13/2015 |
| United States District Court, Southern District of Indiana | 11/05/2015 |
| United States District Court, Eastern District of Arkansas | 12/04/2015 |
| United States Court Appeals, Tenth Circuit | 04/21/2016 |
| United States Court Appeals, Ninth Circuit | 05/20/2016 |

7.     My published cases in the area of wage and hour and employment law exceed 160 decisions, and include *Ervin v. OS Rest. Servs.*, 632 F.3d 971 (7th Cir. 2011), the leading appellate decision addressing the propriety of a combined Rule 23 class action and a FLSA collective action under 29 U.S.C. §216(b).

8.     I was a co-author of the National Employment Lawyers Association ("NELA") *amicus* brief filed in the case *Fast v. Applebee's Int'l, Inc.,* 638 F.3d 872 (8th Cir. 2011) *cert. denied* ___ U.S. ___, 181 L. Ed. 2d 977 (Jan. 17, 2012), which deals with Section 3(m) of the Fair Labor Standards Act, and what duties a tipped employee may lawfully perform while receiving a tip-credit wage rate. I was also a co-author of the NELA *amicus* brief filed in the case *Roach v. T.L. Cannon Corp.*, Case No. 13-3070, which resulted in the successful appeal and reversal of a district court's decision denying class certification on the grounds that individualized damages in a wage and hour class action defeated predominance under Fed. R. Civ. P. 23(b)(3). *Roach v. T.L. Cannon Corp.*, No. 13-3070-CV, 2015 WL 528125 (2d Cir. Feb. 10, 2015). The *Roach* decision is currently the lead appellate decision addressing the impact of the United States Supreme Court decision in *Comcast Corp. v. Behrend*, ___ U.S. ___, 133 S. Ct. 1426 (2013) on the predominance prong of Fed. R. Civ. P. 23(b)(3) in wage and hour class

3

actions.

9.     I was a member of the working committee that helped author the 2006 amendments to the Illinois Day and Temporary Labor Services Act and the 2006 amendments to the Illinois Minimum Wage Law. I was also a member of the working committee that assisted in drafting the 2010 "Wage Theft" amendments to the Illinois Wage Payment and Collection Act.

10.     I am a frequent speaker and author on wage and hour matters. Exemplars of my speaking engagements include:

| | |
|---|---|
| National Employment Lawyers Association National Convention, Los Angeles, 2016 | Co-Counseling & Cooperating with Other Plaintiffs' Lawyers |
| National Employment Lawyers Association National Convention, Los Angeles, 2016 | Who is an Employer & Who is an Employee? |
| Federal Bar Association, Chicago Chapter, Moderator, 2016 | Enforcement and Litigation Priorities: EEOC, NLRB, DOL |
| National Employment Lawyers Association National Convention, Washington, D.C., 2015 | Settlement Issues in Settling Wage and Hour Class and Collective Actions |
| American Bar Association, Fair Labor Standards Legislation Committee, Puerto Vallarta, Mexico 2015 | Litigation Issues in Wage and Hour Class and Collective Actions |
| Bridgeport Legal Conferences, Wage and Hour Class Action, Chicago, 2015 | Settlement of Wage and Hour Class Actions |
| Practicing Law Institute, Chicago, 2013, 2014, 2015 | FLSA Wage and Hour Update |
| Chicago Bar Association, Class Litigation Committee, 2011 | Current Terrain in Class Action Litigation |
| Illinois Institute of Continuing Legal Education, 2008 | Litigating Class Action Claims |
| AFL-CIO Lawyers Coordinating Committee, 2008 | Arbitrating Wage and Hour Cases |

11.     I am a member of the Board of Editors of the leading treatise on the Fair Labor Standards Act, entitled, "Kearns, *The Fair Labor Standards Act*," published by Bloomberg BNA in conjunction with the American Bar Association Section of Labor and Employment Law.

Before being elevated to the Board of Editors in 2016, I was the Senior Chapter Editor of Chapter 20 ("Hybrid" FLSA/State Law Actions) of that same treatise."

12.     In 2012, I was a recipient of the Thirteenth Annual Award for Excellence in Pro Bono Service awarded by the United States District Court for the Northern District of Illinois, in conjunction with the Chicago Chapter of the Federal Bar Association.

13.     Since January, 2000, I have been lead counsel in more than six hundred (600) cases filed in the Northern, Central, and Southern Districts of Illinois, and other federal district courts, and the Circuit Court of Cook County, relating to the recovery of unpaid wages. The majority of these cases proceeded as collective actions under § 216(b) of the FLSA and/or set forth class action claims under the IMWL and IWPCA.

14.     In particular, I have significant experience prosecuting wage and hour class and collective actions. I have been designated lead or co-lead counsel in scores of wage and hour class actions and/or collective actions. These cases, include, but are not limited to: *Ortiz v. Manpower*, Inc., No. 12 C 5248 (N.D. Ill. August 21, 2012) (class comprising over 85,000 employees); *Arrez v. Kelly Services, Inc.,* No. 07 C 1289 (N.D. Ill.) (class action for unpaid wages for over 95,000 employees) and *Polk v. Adecco*, No. 06 CH 13405 (Cook County, Il.)(class action for owed pay for over 36,000 employees); *Romo v. Manpower,* No. 09 C 3429 (N.D. Ill. January 18, 2012); *Robbins v. Blazin Wings, Inc.,* No. 15-CV-6340 CJS, 2016 WL 1068201, at *1 (W.D.N.Y. Mar. 18, 2016)(step one FLSA certification of a class of 62,000 tipped employees); *Garcia v. JC Penney Corp., Inc.*, No. 12-CV-3687, 2016 WL 878203 (N.D. Ill. Mar. 8, 2016) (class action for owed pay for over 36,000 employees); *Haschak v. Fox & Hound Rest. Grp.,* No. 10 C 8023, 2012 U.S. Dist. 162476, at * 2 (N.D. Ill. Nov. 14, 2012);

5

*Schaefer v. Walker Bros. Enters., Inc.,* No. 10 C 6366, 2012 U.S. Dist. LEXIS 65432, at *4 (N.D. Ill. May 7, 2012); *Kernats v. Comcast Corp. Inc.,* Nos. 09 C 3368 and 09 C 4305, 2010 U.S. Dist. LEXIS 112071 (N.D. Ill. Oct. 20, 2010); *Driver v. AppleIllinois, LLC,* 265 F.R.D. 293, 311 (N.D. Ill. 2010) & *Driver,* No. 06 C 6149, 2012 U.S. Dist. LEXIS 27659, at *15 (N.D. Ill. Mar. 2, 2012) (decertification denied); *Schmidt v. Smith & Wollensky,* 268 F.R.D. 323 (N.D. Ill. 2010); *Hardaway v. Employbridge of Dallas, et al*., No. 11 C 3200 (N.D. Ill.); *Williams v. Volt*, No. 10 C 3927 (N.D. Ill.)(IWPCA class action for owed pay for over 15,000 employees); *Rosales v. Randstad*, No. 09 C 1706 (N.D. Ill.); *Rusin v. Chicago Tribune,* No. 12 C 1135 (N.D. Ill. February 5, 2013); and *Peraza v. Dominick's Finer Foods, LLC,* No. 11 C 8390 (N.D. Ill. November 20, 2012). These and other cases have successfully recovered owed wages for hundreds of thousands of working people.

15.     Werman Salas P.C. has the resources to meet the economic burden of class action litigation.

16.     Werman Salas P.C. has no interest adverse to, or in conflict with, those of the putative class in this action.

17.     Werman Salas P.C. employs highly capable staff experienced in the size and logistical challenges of class action litigation.

18.     Werman Salas P.C. is familiar with the obligations and burdens of representing a class and is competent and capable of representing the proposed Class in this case.

19.     In my opinion, Werman Salas P.C. is qualified by its substantial experience, knowledge, and resources to act as counsel and represent the proposed Class in this lawsuit.

**The Litigation**

20.     On December 18, 2015, Plaintiffs filed this Action in the United States District Court for the Southern District of Illinois, on behalf of themselves and others similarly situated, alleging that Defendants violated the Fair Labor Standards Act, 29 U.S.C. 201, *et. seq.*, ("FLSA") and the Illinois Minimum Wage Law 820 ILSC 105/1, *et seq.,* ("IMWL") by failing to pay their servers and bartenders in accordance with the tip-credit provisions of those laws. More specifically, Plaintiffs alleged that Defendants violated the tip-credit provisions of the FLSA and IMWL by requiring servers and bartenders to perform improper types, and excessive amounts, of non-tipped work.   As a result, Plaintiffs alleged that Defendants forfeited their right to take some or all of the tip credit against the minimum wages of their servers and bartenders.

21.     On April 6, 2016, Plaintiffs served their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).   On April 11, 2016, Plaintiffs filed a motion for step-one notice of Plaintiffs' FLSA claims.   On April 14, 2016, Plaintiffs served written discovery requests on the Defendants. On April 15, 2016, Defendants served their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and written discovery requests.   On May 12, 2016, Defendants filed a joint memorandum in opposition to Plaintiffs' motion for step-one notice.

22.     On May 20, 2016 the Parties expressed a mutual desire to explore early settlement of this matter. In order to facilitate the settlement discussions, the Parties agreed to toll the statute of limitations for all potential opt ins from May 20, 2016 through the duration of the requested stay. On May 25, 2016, Plaintiffs filed their reply in support of their motion for step-one notice.

23.     On June 1, 2016, the Parties filed a joint motion to stay proceedings for thirty (30) days including but not limited to a ruling on Plaintiffs' Motion for Step One Notice, to allow the Parties to engage in settlement discussions. On June 3, 2016, the Court granted the Parties' joint motion to stay proceedings for thirty (30) days from the date of its order.

24.     On various dates throughout June 2016, the Parties participated in settlement discussions. On or about June 7, 2016, Defendants produced time and payroll records for all servers and bartenders who were employed by Defendants in Illinois and Missouri during the class period. Plaintiffs' counsel used this data to calculate the amount of minimum wages allegedly owed to Plaintiffs and all Class Members and Opt-In Plaintiffs. On or about June 28, 2016, the Parties agreed on a resolution of the class and collective action claims raised in the Complaint as well as class and collective action claims under the Missouri Minimum Wage Law to be alleged in a First Amended Complaint.

25.     On July 6, 2016, the Parties filed a notice of settlement. On July 7, 2016, the Court referred this case to Magistrate Judge Stephen C. Williams. At a telephonic status conference before this Court on Friday, July 8, 2016, Plaintiffs moved for leave to file their First Amended Complaint adding claims under the Missouri Minimum Wage Law.   Defendants moved for an order foregoing the need for Defendants to file an Answer to the First Amended Complaint.   The Court granted both motions.

26.     Based on my extensive experience litigating wage and hour class and collective action lawsuits, like this one, I believe the settlement reached in this case is fair and provides substantial compensation to Plaintiffs, Class Members, and Opt-in Plaintiffs without the attendant risks and delay of continued litigation.   Assuming that the Settlement Class spent 35%

8

of their total time in non-tipped occupation while being paid the sub-minimum tip credit wage, the

Settlement provides for 42.77% forfeiture of the tip credit wage. Or stated another way, the

Settlement provides for a 42.77% of the maximum wage loss suffered by Class Members.

27.     I declare under penalty of perjury, under 28 U.S.C. § 1746, that the foregoing is

true and correct.

FURTHER AFFIANT SAYETH NOT.

Dated: August 19, 2016

_____

DOUGLAS M. WERMAN

9

# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **DERISSA DAVIS and JENNIFER JOHNSON,** ) | |
| **on behalf of themselves and all other persons** ) | |
| **similarly situated, known and unknown,** ) | |
| ) | **Case No.  15-cv-1384-SCW** |
| **Plaintiffs,** ) | |
| ) | |
| ) | |
| **v.** ) | **Magistrate Judge Stephen C. Williams** |
| ) | |
| **A SURE WING, LLC, DIVERSIFIED** ) | |
| **RESTAURANT HOLDINGS, INC. and AMC** ) | |
| **WINGS, INC.** ) | |
| ) | |
| **Defendants.** ) | |

## SETTLEMENT AGREEMENT FOR CLASS AND COLLECTIVE ACTION CLAIMS

This Settlement Agreement for Class and Collective Action Claims ("Settlement Agreement" or "Settlement") is made by Derissa Davis and Jennifer Johnson ("Plaintiffs" or "Class Representatives"), on behalf of themselves, individually and on behalf of the class and collective action members they seek to represent under Rule 23 of the Federal Rules of Civil Procedure ("Class Members," as defined below) and Section 16(b) of the Fair Labor Standards Act ("Opt-In Plaintiffs"), and Defendants A Sure Wing, LLC ("A Sure Wing"), Diversified Restaurant Holdings, Inc. ("Diversified"), and AMC Wings, Inc. ("AMC") (collectively, "Defendants") (Plaintiffs, Class Members, Opt-In Plaintiffs, and Defendants are collectively referred to as the "Parties"), in the above-captioned action ("Action").

### I.        PROCEDURAL HISTORY

On December 18, 2015, Plaintiffs filed this Action in the United States District Court for the Southern District of Illinois, on behalf of themselves and others similarly situated, alleging that Defendants violated the Fair Labor Standards Act, 29 U.S.C. 201, *et. seq.*, ("FLSA") and the Illinois Minimum Wage Law 820 ILSC 105/1, *et seq.,* ("IMWL") by failing to pay their servers

and bartenders in accordance with the tip-credit provisions of those laws.  More specifically, Plaintiffs alleged that Defendants violated the tip-credit provisions of the FLSA and IMWL by requiring servers and bartenders to perform improper types, and excessive amounts, of non-tipped work.  As a result, Plaintiffs alleged that Defendants forfeited their right to take some or all of the tip credit against the minimum wages of their servers and bartenders.

Plaintiffs also alleged in the Complaint that in or about June 2015, Defendants Diversified and AMC acquired substantially all of the assets of Defendant A Sure Wing. Plaintiffs further alleged that at the time of the acquisition, Defendants Diversified and AMC had notice of the claims brought by Plaintiffs in this lawsuit because they were defending against identical claims at the time in lawsuits[1] prosecuted by Plaintiffs' counsel, and Defendants Diversified and AMC learned through their pre-acquisition due diligence about how Defendant A Sure Wing required servers and bartenders to perform non-tipped work for tip credit rates of pay.

Defendants filed their Answers to the Complaint on February 22, 2016.  Defendants admitted that they paid Plaintiffs tip-credit wages under the FLSA and IMWL, but denied violating those laws.  Defendants Diversified and AMC further denied that, at the time of the acquisition, they had notices of the claims brought by Plaintiffs in this lawsuit.

On April 6, 2016, Plaintiffs served their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1).  On April 11, 2016, Plaintiffs filed a motion for step-one notice of Plaintiffs' FLSA claims.  On April 14, 2016, Plaintiffs served written discovery requests on the

---

[1]  These lawsuits were *Wolverton v. Diversified Restaurant Holdings, Inc.,* Case No. 2:14-cv-11333 (E.D. Mich.) (Complaint Filed March 31, 2014) and *Murphy v. Diversified Restaurant Holdings, Inc.,* Case No. 14-cv-3653 (N.D. Ill.) (Complaint Filed May 19, 2014).  The Court in *Murphy* approved a settlement of the *Murphy* and *Wolverton* actions on October 1, 2015. ECF No. 124.

Defendants. On April 15, 2016, Defendants served their initial disclosures pursuant to Federal Rule of Civil Procedure 26(a)(1) and written discovery requests.  On May 12, 2016, Defendants filed a joint memorandum in opposition to Plaintiffs' motion for step-one notice.

On May 20, 2016 the Parties expressed a mutual desire to explore early settlement of this matter.  In order to facilitate the settlement discussions, the Parties agreed to toll the statute of limitations for all potential opt ins from May 20, 2016 through the duration of the requested stay. On May 25, 2016, Plaintiffs filed their reply in support of their motion for step-one notice.

On June 1, 2016, the Parties filed a joint motion to stay proceedings for thirty (30) days including but not limited to a ruling on Plaintiffs' Motion for Step One Notice, to allow the Parties to engage in settlement discussions.  On June 3, 2016, the Court granted the Parties' joint motion to stay proceedings for thirty (30) days from the date of its order.

On various dates throughout June 2016, the Parties participated in settlement discussions. On or about June 7, 2016, Defendants produced time and payroll records for all servers and bartenders who were employed by Defendants in Illinois and Missouri during the class period. Plaintiffs' counsel used this data to calculate the amount of minimum wages allegedly owed to Plaintiffs and all Class Members and Opt-In Plaintiffs.  On or about June 28, 2016, the Parties agreed on a resolution of the class and collective action claims raised in the Complaint as well as class and collective action claims under the Missouri Minimum Wage Law to be alleged in a First Amended Complaint.

On July 6, 2016, the Parties filed a notice of settlement.  On July 7, 2016, the Court referred this case to Magistrate Judge Stephen C. Williams.  At a telephonic status conference before this Court on Friday, July 8, 2016, Plaintiffs moved for leave to file their First Amended Complaint adding claims under the Missouri Minimum Wage Law.  Defendants moved for an

3

order foregoing the need for Defendants to file an Answer to the First Amended Complaint.  The

Court granted both motions.

## II.      DEFINITION OF "CLASS MEMBERS"

As part of this settlement, the Parties will ask that the Court certify, for settlement

purposes only, a "Settlement Class" under Fed. R. Civ. P 23(b)(3) and under the FLSA, 29

U.S.C. §216(b) composed of the following "Class Members":

> All persons employed by A Sure Wing in Illinois or Missouri who were paid the
> sub-minimum tip credit rate of pay who were identified by name in the time and
> payroll data produced by Defendants on June 7, 2016, and only for time periods
> contained in the data, or from December 18, 2012 to June 29, 2015 for Illinois
> employees, and from May 20, 2013 to June 29, 2015 for Missouri employees.

Exhibit A to this Settlement Agreement identifies all currently known members of the Settlement

Class.  To the extent the definition of Class Member and Exhibit A conflict, then Exhibit A shall

control to identify all Class Members.  Plaintiffs also ask that the Court appoint Douglas M.

Werman and Zachary C. Flowerree as Class Counsel and Plaintiffs Derissa Davis and Jennifer

Johnson as Class Representatives.

## III.      BENEFITS OF SETTLEMENT TO CLASS MEMBERS

Defendants expressly deny any liability or wrongdoing of any kind associated with the

claims in the Action and maintain that they have complied with all applicable laws at all times.

Plaintiffs recognize the expense and length of the proceedings necessary to continue the

litigation against Defendants through trial and through any possible appeals.  Plaintiffs have

taken into account the uncertainty and risk of the outcome of further litigation, the defenses

raised by Defendants, and the difficulties and delays inherent in litigation.  In addition, this

Settlement Agreement will provide a substantial monetary settlement for Class Members without

requiring Class Members to submit a claim form.  Based on the foregoing, Plaintiffs and Class

Counsel have determined that the Settlement set forth in this Settlement Agreement is a fair, adequate and reasonable settlement, and that it is in the best interests of the Class Members.

## IV.   DEFENDANTS' REASONS FOR SETTLEMENT

As noted above, though Defendants deny any liability or wrongdoing of any kind associated with the claims in the Action, they have nonetheless concluded that any further defense of this litigation would be protracted and expensive for all Parties.  Unless this Settlement is made, Defendants will need to devote substantial amounts of time, energy and resources to the defense of the claims asserted by Plaintiffs.  Defendants also have taken into account the uncertainty and risk of further litigation.  Defendants have, therefore, agreed to settle in the manner and upon the terms set forth in this Settlement Agreement to put to rest the Claims as set forth in the Action.

## V.   SETTLEMENT TERMS

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and among the Plaintiffs and Class Representatives, on behalf of the Opt-In Plaintiffs and Class Members, on the one hand, and Defendants, on the other hand, and subject to the approval of the Court, that the Action hereby be compromised and settled pursuant to the terms and conditions set forth in this Settlement Agreement and that upon the Final Approval (as defined below), the Action shall be dismissed with prejudice, subject to the recitals set forth hereinabove which, by this reference, become an integral part of this Settlement Agreement and subject to the following terms and conditions:

### 1.   Final Approval Date and Effective Date

As used in this Settlement, "Final Approval" means the date by which this Settlement is finally approved as provided herein and the Court enters Final Judgment and Order of Dismissal ("Final Judgment" or "Judgment").  The term "Effective Date" means the first date after the

Judgment by the Court finally approving this Settlement Agreement is no longer appealable, or if an appeal has been filed, the date on which the appeal is final.  Notwithstanding the foregoing, the Parties agree to waive all rights to appeal on entry of Final Judgment, except that Plaintiffs may appeal an award of Class Counsel's fees and costs, should the sum awarded by the Court fall below that requested.  Accordingly, where the Final Judgment entered by the Court grants full relief sought by the Parties, as set forth in the Settlement Agreement and in the absence of any objection, the Effective Date shall be the date of the Final Judgment.

2. **Direct Payment to Class Members**

Plaintiffs, Opt-In Plaintiffs and Class Members shall not be required to submit a claim form to participate in this Settlement.  Class Members who do not exclude themselves from the Settlement will receive a check for their ratable share of the "Net Settlement Awards Fund," as defined in Paragraph V.6(a).

3. **Release of Claims**

(a)     All Class Members

Following the Court's approval of this Settlement Agreement, Class Members shall release and discharge Defendants and their former and present parents, subsidiaries, and affiliated corporations, and their officers, directors, employees, partners, shareholders, members and agents, and any other successors, assigns, or legal representatives ("Released Parties") from all state and local law claims, obligations, demands, actions, rights, causes of action, and liabilities against the Released Parties, of whatever kind and nature, character and description, arising out of the same facts that form the basis of the claims that were asserted in the Action. Class Members negotiating their Settlement Checks also shall release all such claims arising under the FLSA, 29 U.S.C. §201 *et seq.*

All Settlement Checks shall contain on the back of the check, the following limited

6

endorsement:

> I understand that I have up to [INSERT DATE 120 DAYS FROM MAILING] to sign and cash this Settlement Check. By endorsing and/or redeeming this check, I consent to join the Fair Labor Standards Acts claims in the case entitled Davis, et al. v. A Sure Wing, LLC, et al., No. 15-1384, pending in the United States District Court for the Southern District of Illinois ("Davis action"), and agree to be bound by the Settlement Agreement in that case and I agree to release all federal, state and local law claims, obligations, demands, actions, rights, causes of action, and liabilities against the Released Parties, of whatever kind and nature, character and description, arising out of the same facts that form the basis of the claims that were asserted in the Davis action.

The Order of Final Approval shall state that the effect of this endorsement and/or redeeming of the check by a Class Member is to act as a properly filed Consent to join the Fair Labor Standards Act claims in the Action.

      (b)     Plaintiffs and Jennifer Taylor and Desiree Gilmore, Only:

In exchange for their substantial Service Awards, following the Court's approval of this Settlement Agreement, Plaintiffs ("General Releasees") and Jennifer Taylor and Desiree Gilmore shall release and discharge the Released Parties from:

      (i)     all claims raised or which could have been raised in the Action;

      (ii)     all claims, actions, causes of action, class allegations, demands, damages, costs, liabilities, debts, obligations, attorneys' fees, loss of wages and benefits, loss of earning capacity, mental anguish, pain and suffering, or other relief permitted to be recovered or related to, or in any way growing out of General Releasees' employment with, treatment at, wages from, or separation of employment from Defendants;

      (iii)     all claims arising under Title VII of the Civil Rights Act of 1964, as amended, the Age Discrimination in Employment Act of 1967, as amended, the National Labor Relations Act, as amended, the Equal Pay Act, the Fair Labor Standards Act, as amended, the Americans with Disabilities Act of 1990, the Rehabilitation Act of 1973, as amended, the Family and Medical Leave Act, 42 U.S.C. § 1981, the Employee Retirement Income Security Act, as amended, and any other Federal, State, or municipal statute, order, regulation, or ordinance; and

(iv)     all claims arising under common law, including, but not limited to, tort claims or breach of contract claims (express or implied), intentional interference with contract, intentional infliction of emotional distress, negligence, defamation, violation of public policy, wrongful or retaliatory discharge, tortious interference with contract, and promissory estoppel, on account of, or any damages or injury related to or in any way growing out of General Releasees' employment with, treatment at, compensation from, or separation of employment from Defendants.

### 4.     <u>Settlement Fund</u>

The term "Settlement Fund" shall refer to all funds that will be distributed to the Plaintiffs, Opt-In Plaintiffs, Class Members, Class Counsel, and the Settlement Administrator in accordance with Paragraphs V.6, V.7, V.8, and V.9 below.  The Settlement Fund shall not exceed $600,000.00, which represents (i) payment of minimum wages and damages alleged to be owed to Plaintiffs, Opt-In Plaintiffs, and Class Members, (ii) Plaintiffs' and Opt-In Plaintiffs Service Awards, (iii) Class Counsel's attorneys' fees and costs, and (iv) the third-party Settlement Administrator's fees.  The Settlement Fund shall be deposited into an account controlled by the Settlement Administrator at a federally-insured bank that is mutually acceptable to the Parties and the Settlement Administrator (the "Settlement Account").  No other funds shall be added to or comingled with the Settlement Fund.  The Parties agree that the Settlement Account is intended to be a "Qualified Settlement Fund" under Section 468B of the Internal Revenue Code and Treas. Reg. § 1.468B-1, 26 C.F.R. § 1.468B-1, *et seq.*, and will be administered by the Settlement Administrator as such.

### 5.     <u>Settlement Administration</u>

Dahl Administration ("Settlement Administrator") shall administer the settlement of this Action.  The costs of settlement administration, estimated to be $12,901.00, shall be paid out of the Settlement Fund and not by Defendants.

6.    <u>**Allocation of Settlement Fund**</u>

The Settlement Fund shall be allocated as follows, subject to Court approval:

(a)    The amount available from the Settlement Fund for Plaintiffs', Opt-In Plaintiffs', and Class Members' minimum wages and damages ("Net Settlement Awards Fund") shall be the Settlement Fund minus the amounts paid to: (i) Plaintiffs and Opt-In Plaintiffs who provided declarations in support of Plaintiffs' Step-One Motion, for their Service Awards, (ii) Class Counsel for attorneys' fees and costs, and (iii) the Settlement Administrator for administration of the settlement.  The amounts to be deducted from the Settlement Fund, as referenced in the previous sentence, are set forth below in subparagraphs (b) -  (g).

(b)    Payment of Five-Thousand Dollars ($5,000.00) to Plaintiff Derissa Davis for her Service Award (as explained in Paragraph V.9(d) below);

(c)    Payment of Five-Thousand Dollars ($5,000.00)  to Plaintiff Jennifer Johnson for her Service Award (as explained in Paragraph V.9(d) below);

(d)    Payment of Five-Hundred Dollars ($500.00) to Opt-In-Plaintiff Jennifer Taylor for her Service Award (as explained in Paragraph V.9(d) below);

(e)    Payment of Five-Hundred Dollars ($500.00) to Opt-In-Plaintiff Desiree Gilmore for her Service Award as explained in Paragraph V.9(d) below);

(f)    A sum of Two-Hundred Thousand Dollars ($200,000.00), or no more than one-third of the Settlement Fund and Three-Thousand Dollars ($3,000.00) in reasonably incurred costs to be paid for Class Counsel's attorneys' fees and litigation costs (as explained in Paragraphs V.8(a) and V.9(a) below);

(g)    Estimated payment of $12,901.00 to the Settlement Administrator, which the Settlement Administrator will withdraw from the Settlement Fund after receiving that money from Defendants, as described in Section V.7 below.

9

(h)     Under no circumstance will Defendants' settlement liability, other than Defendants' share of employer payroll taxes, exceed the Settlement Fund.  Defendants will have no responsibilities or liabilities with respect to the administration of the Settlement Account, including any distribution therefrom and the reporting for such distribution.

7.     **Timeline of Settlement Events**

The Parties contemplate the following timeline for settlement events listed.  The date of Preliminary Approval is the base timeline for all actions.

(a)     Within fourteen (14) days of the date of Preliminary Approval, Defendants shall provide the Settlement Administrator the names, addresses, and social security numbers for all Class Members mostly recently known to Defendants and within Defendants' possessions.

(b)     The Settlement Administrator will mail a "Class Notice" to Class Members in accordance with Paragraph V.13 of this Settlement Agreement within fourteen (14) days after receipt of the names, addresses and social security numbers for all Class Members.

(c)     All objections to the Settlement and requests for exclusion from the Settlement must be postmarked within forty-nine (49) days from the date of the mailing of the Class Notice.

(d)     Class Counsel shall file a motion for final approval of this Settlement and petition for attorneys' fees no later than seven (7) days before the Final Approval Hearing or on another date set by the Court.

(e)     Defendants shall fund the Settlement Fund as follows: within fourteen (14) days of the Effective Date, Defendants will transfer to the Settlement Administrator the Settlement Fund of Six-Hundred Thousand Dollars ($600,000.00).

(f)     Within fourteen (14) days after receiving the Settlement Fund of Six-Hundred Thousand Dollars ($600,000.00), the Settlement Administrator will deliver to Class

10

Counsel: (i) a check issued to Derissa Davis for Plaintiff's Service Award, (ii) a check issued to

Jennifer Johnson for Plaintiff's Service Award, (iii) a check issued to Jennifer Taylor for Opt-In

Plaintiff's Service Award, (iv) a check issued to Desiree Gilmore for Opt-In Plaintiff's Service

Award, and (v) a check issued to Class Counsel for their award of attorneys' fees and costs.

Also, within fourteen (14) days after receiving the Settlement Fund, the Settlement Administrator

shall mail all Class Members their settlement checks from the Net Settlement Award Funds.

      (g)    The deadline for recipients to cash checks will be one hundred and twenty

(120) days from the date the checks are issued by the Settlement Administrator.

      (h)    Any uncashed checks will be retained by A Sure Wing as set forth in

Paragraph V.10 of this Settlement Agreement.

## 8.    Calculation of Settlement Amount and Plan of Allocation for Payment to Class Members

      (a)    Plaintiffs', Opt-In Plaintiffs', and Class Members' ratable share of the Net

Settlement Awards Fund, estimated to equal $376,100, has been calculated as follows:

      (i)    For all hours that Plaintiffs, Opt-In Plaintiffs, and Class Members worked earning sub-minimum wages as bartenders or servers for Defendants in Illinois between December 19, 2012 and June 29, 2015, Class Counsel multiplied the difference between the applicable minimum wage and the actual tip credit rate paid by the total number of hours worked at the tip credit rate to calculate their owed wages.

      (ii)    For all hours that Plaintiffs, Opt-In Plaintiffs, and Class Members worked earning sub-minimum wages as bartenders or servers for Defendants in Missouri between July 8, 2013 and June 29, 2015, Class Counsel multiplied the difference between the applicable minimum wage and the actual tip credit rate paid by the total number of hours worked at the tip credit rate to calculate their owed wages.

      (iii)    Plaintiffs', Opt-In Plaintiffs', and Class Members' ratable share of the Net Settlement Fund will be determined by dividing the sum of his or her claimed owed wages by the total of all claimed owed wages of all individuals. Plaintiffs', Opt-In Plaintiffs', and Class Members' Net Settlement Awards will be determined by multiplying the Net Settlement Fund by their respective ratable shares. No Opt-In Plaintiff or Class

11

Member shall receive a settlement award of less than Twenty-Five Dollars ($25.00). Plaintiffs', Opt-In Plaintiffs', and Class Members' Estimated Net Settlement Awards are identified in Exhibit A.

(b)     As provided in Paragraph V.10, settlement checks that are not cashed within one hundred and twenty (120) days from the date the Settlement Administrator issues checks to Class Members will be retained by A Sure Wing consistent with the terms of this Settlement Agreement.

(c)     For income and payroll tax purposes, the Parties agree that fifty percent (50%) of each Net Settlement Award shall be allocated as wages (which shall be subject to required withholdings and deductions and reported as wage income as required by law), and the remaining fifty percent (50%) of each Net Settlement Award, and the Class Representative Service Award, shall be allocated as penalties, liquidated and other non-wage recovery damages (which shall not be subject to required withholdings and deductions and shall be reported as non-wage income as required by law).  The Settlement Administrator shall withhold the employee's share of any applicable payroll taxes from that portion of each Net Settlement Award allocated to wages.  The Settlement Administrator shall not withhold any taxes from that portion of each Net Settlement Award allocated to penalties and/or liquidated damages. Defendants shall pay, separate and apart from the Settlement Fund, the employer's share of all applicable state and federal payroll taxes on the checks distributed to Plaintiffs, Opt-In Plaintiffs, and Class Members for the wage payment portion of their Settlement Awards.  The Settlement Administrator shall issue to each Class Member who receives and cashes a Settlement Award check a Form W-2, reporting the portion of the Settlement Award allocated to wages, and a Form 1099, reporting the portion of the Settlement Award allocated to penalties and/or liquidated damages.  Other than the withholding and reporting requirements herein, Class Members shall be solely responsible for

12

the reporting and payment of their share of any federal, state and/or local income or other taxes on payments received pursuant to this Settlement Agreement.

(d)     To the extent permitted by law, in no event shall any Net Settlement Award to a Class Member, or any Service Award to a Class Representative, create any credit or otherwise affect the calculation of or eligibility for any compensation, bonus, deferred compensation or benefit under any compensation, deferred compensation, pension or other benefit plan, nor shall any such Net Settlement Award or Service Award be considered as "compensation" under any pension, retirement, profit sharing, incentive or deferred compensation benefit or plan, nor shall any such payment or award require any contribution under any such plan, or otherwise modify any benefits, contributions or coverage under any other employment compensation or benefit plan or program.

(e)     The Settlement Administrator shall determine the employer's share of payroll employment taxes on Settlement Payments to Plaintiffs, Opt-In Plaintiffs and Class Members, and shall communicate such amount to Defendants within fourteen (14) calendar days of receiving the names, addresses, and social security numbers for all Class Members with a detailed explanation of the calculations.  In the event of any dispute as to the calculation of employer's share of payroll taxes, the Parties and Settlement Administrator shall meet and confer in good faith in an attempt to resolve the dispute.  If the dispute cannot be resolved, it shall be submitted to the Court for a final determination.  Within fourteen (14) calendar days of the date the Settlement Administrator notifies Defendants of the amount of the employer's share of payroll taxes, notification of such amount, or within fourteen (14) calendar days after any dispute related to the amount is finally resolved, Defendants shall make any additional payment to the Settlement Account for payroll taxes as may be necessary.  The Settlement Administrator shall

13

thereafter remit and report the applicable portions of the payroll tax payment to the appropriate taxing authorities on a timely basis pursuant to its duties and undertakings. Defendants agree to reasonably cooperate with the Settlement Administrator to the extent necessary to determine the amount of the payroll tax payment required under this Section.

(f)     In the event that it is subsequently determined by a tax authority that any Plaintiff, Opt-In Plaintiff or Class Member owes any additional taxes with respect to any money distributed under this Settlement Agreement, it is expressly agreed that the determination of any tax liability is between the Named Plaintiff(s), Opt-In Plaintiff(s), and/or Class Member(s) and the tax authorities, and that Defendants will not be responsible for the payment of such taxes, including any interest and penalties. No payments made to Named Plaintiff(s), Opt-In Plaintiff(s), and/or Class Members in this Settlement Agreement will be considered wages for purposes of calculating, or recalculating, benefits provided by Defendants under the terms or conditions of any employee benefit plan.

### 9.     Fees Award and Class Representatives and Opt-In Plaintiffs Service Award

(a)     Class Counsel shall seek a portion of the Settlement Fund as attorneys' fees and costs. The total fees shall not exceed one-third of the Settlement Fund, or Two Hundred Thousand Dollars ($200,000.00) and reimbursement of litigation costs shall not exceed Three Thousand Dollars ($3,000.00). Defendants will agree not to oppose a request by Class Counsel for Court approval of a fees and costs award from the Settlement Fund in these amounts.

(b)     The fees and costs award approved by the Court shall be paid by Defendants to Class Counsel from the Settlement Fund as set forth in Paragraphs V.7 and V.8 hereof.

(c)     The payment of the fees and costs award to Class Counsel shall constitute full satisfaction of the obligation to pay any amounts to any person, attorney or law firm for

14

attorneys' fees, expenses or costs in the Action incurred by any attorney on behalf of the

Plaintiffs, Opt-In Plaintiffs and the Class Members, and shall relieve Defendants, the Released

Parties, the Settlement Fund, and Defendants' Counsel of any other claims or liability to any

other attorney or law firm for any attorneys' fees, expenses and/or costs to which any of them

may claim to be entitled on behalf of the Plaintiffs, Opt-In Plaintiffs and the Class Members.  In

exchange for such payment, Class Counsel will release and forever discharge any attorneys' lien

on the Settlement Fund.

    (d) Class Counsel may apply for a "Service Award" in the amount of Five

Thousand Dollars ($5,000.00) for Plaintiffs Derissa Davis and Jennifer Johnson, each, to be paid

for their time and effort spent conferring with Class Counsel, filing and pursuing the Action,

answering (but not serving responses to) Defendants' written discovery, producing documents,

providing a written declaration, participating in the efforts to resolve this case, and in recovering

wages on behalf of all Class Members.  The Service Award shall be paid from the Settlement

Fund to Plaintiffs in the form of a check, and no withholdings shall be taken from the Service

Award. Defendants agree not to oppose such application, so long as it is consistent with the

provisions of this Settlement Agreement.

    (e) Class Counsel may apply for a "Service Award" in the amount of Five

Hundred Dollars ($500.00) to Opt-Ins Plaintiff Jennifer Taylor and Desiree Gilmore, each, to be

paid for their time and effort spent conferring with Class Counsel, providing written declarations,

and in recovering wages on behalf of all Class Members.

    **10.**  **Uncashed Checks**

    Any checks that remain uncashed after the closure of the distribution period described in

Paragraph V.18(d) of this Settlement Agreement ("Remainder Amount") shall be retained by A

Sure Wing.

### 11.   **Responsibilities of Defendants**

Defendants shall:

(a)      Perform all duties as stated in this Settlement Agreement.

(b)      Provide the Settlement Administrator with each Class Member's Social Security Number mostly recently known to Defendants and within Defendants' possessions, which the Settlement Administrator will use for tax reporting purposes and for locating Class Members' addresses when their settlement notices are returned as undeliverable.

(c)      Refrain from initiating communications with Plaintiffs, Opt-In Plaintiffs and Class Members regarding the Settlement.  In the event any Class Member communicates with any Defendant or its managers regarding the Settlement, such Defendant shall make its best effort to direct the individual to contact Class Counsel.

(d)      Pursuant to the requirements of the Class Action Fairness Act, 28 U.S.C. §1715, Defendants shall notify the appropriate governmental authorities, including, but not limited to, the attorneys general of the United States, Illinois and Missouri.  Defendants also agree to provide documents and information to the appropriate governmental authorities pursuant to Section 1715 ("CAFA Notice").  The Parties agree that CAFA Notice must be provided 90 days prior to the Final Approval Hearing.  The Parties agree to modify dates and deadlines in this Agreement so as to insure that CAFA notice is provided within this deadline.  Defendants and Class Counsel agree to cooperate in providing information that may be needed from them to effectuate these notices.

### 12.   **Additional Claims**

No person shall have any claim against Defendants, Defendants' Counsel, Plaintiffs, Opt-In Plaintiffs, or Class Counsel based on distributions and payments made in accordance with this Settlement Agreement.

13.   <u>**Notice/Approval of Settlement and Settlement Implementation**</u>

As part of this Settlement, the Parties agree to the following procedures for obtaining preliminary Court approval of the Settlement, notifying Class Members, obtaining final Court approval of the Settlement, and processing the settlement payments:

(a)   <u>Preliminary Approval Hearing</u>.  Plaintiffs shall move for Preliminary Approval of the Settlement ("Preliminary Approval" or "Order") as soon as practicable.  In conjunction with the motion for Preliminary Approval, Plaintiffs will submit this Settlement Agreement, which sets forth the terms of this Settlement, and will include proposed forms of all notices and other documents as attached hereto necessary to implement the Settlement Agreement.

(b)   <u>Notice to Class Members</u>.  Notice of the Settlement shall be provided to Class Members, and Class Members shall submit any objections to the Settlement, and/or requests for exclusion from the Class, using the following procedures:

(i)   <u>Settlement Administration</u>.  The Settlement Administrator shall administer the Settlement on the timetable stated in Paragraph V.7 of this Settlement Agreement and for such other tasks as the Parties mutually agree or the Court orders to be performed in the administration of the Settlement.

(ii)   <u>Summary Notice to Class Members</u>.  On the timetable specified in Paragraph V.7 of this Settlement Agreement, the Settlement Administrator shall send a copy of the Summary Notice, attached hereto as Exhibit B, to Class Members via First Class regular U.S. mail.  The Summary Notice will be mailed using the mailing address information provided by Defendants.  The Settlement Administrator shall promptly conduct a second mailing for any Class Member whose Summary Notice is returned as undeliverable within thirty-five (35) days of the date of the initial mailing, provided that a forwarding address is provided by the U.S. Postal Service or is otherwise located by the Settlement Administrator through an Accurint search.  If, after this second mailing, the Summary Notice is again returned as undelivered, or if no other forwarding address is available, the notice mailing process shall end for that Class Member.

(iii)   <u>Complete Notice</u>.   The Summary Notice will explain that Class Members may obtain additional information about the Settlement from Class

17

Counsel.  If such an inquiry is made, Class Counsel may mail this Agreement to  each Class Member who requests additional information about the Settlement.

(iv)    Update of Contact Information.  Class Counsel will operate a telephone line that allows Class Members to update their contact information with a live person. Class Members will be asked to provide the last four digits of the Social Security Number or tax identification number and last known address, they used while working for Defendants to confirm their identity when updating their address by telephone.

## 14.   Procedure for Objecting to or Requesting Exclusion from Class Action Settlement

(a)    Procedure for Objecting.  The Summary Notice shall provide that Class Members who wish to object to the Settlement must mail a written statement objecting to the Settlement to the Clerk of the Court and Class Counsel.  Such written statement must be postmarked no later than forty-nine (49) days after the date the Notice is first mailed (the "Objection/Exclusion Deadline Date").  No Class Member shall be entitled to be heard at the Final Approval Hearing (whether individually or through separate counsel) or to object to the Settlement, and no written objections or briefs submitted by any Class Member shall be received or considered by the Court at the Final Approval Hearing, unless written notice of the Class Member's intention to appear at the Final Approval Hearing (if such Class Member does intend to appear either personally or through counsel), and/or copies of any written objections or briefs, shall have been mailed to the Clerk of the Court and Class Counsel on or before the Objection/Exclusion Deadline Date.  The date of the postmark on the mailing envelope shall be the exclusive means used to determine whether an objection to the Settlement has been timely submitted.  No later than ten (10) days after the Objection/Exclusion Deadline Date, Class Counsel shall furnish to Defendants' Counsel copies of objections received from Class Members. Class Members who fail to submit timely written objections in the manner specified above shall

18

be deemed to have waived any objections and shall be foreclosed from making any objection (whether by appeal or otherwise) to the Settlement.

               (b)    <u>Procedure for Requesting Exclusion ("Opt Outs")</u>.  The Summary Notice shall provide that Class Members who wish to exclude themselves from the Class must submit a written statement requesting exclusion from the Class on or before the Objection/Exclusion Deadline Date.  Such written request for exclusion must contain the name, address and the last four digits of the Social Security number or tax identification number the Class Member used when working for Defendants, and must be returned by mail to Class Counsel on or before the Objection/Exclusion Deadline Date.  The date of the postmark on the return mailing envelope shall be the exclusive means used to determine whether a request for exclusion has been timely submitted.  Any Class Member who excludes himself or herself from the Class will not be entitled to any recovery under the Settlement and will not be bound by the Settlement or have any right to object, appeal or comment thereon.  No later than ten (10) days after the Objection/Exclusion Deadline Date, Class Counsel shall furnish to Defendants' Counsel a complete list of all Class Members who have timely requested exclusion from the Class.

### 15.    <u>No Solicitation of Settlement Objections or Exclusions</u>

The Parties agree to use their best efforts to carry out the terms of this Settlement.  At no time shall either Party or their counsel seek to solicit or otherwise encourage Class Members to submit written objections to the Settlement or requests for exclusion from the Class, or appeal from the Court's Final Judgment.

### 16.    <u>Procedure for FLSA Opt-Ins</u>

Pursuant to the FLSA, each Class Member who cashes a Settlement Check thereby gives his/her consent in writing to become a party plaintiff in the FLSA collective action claims asserted in the Complaint and First Amended Complaint, in accordance with 29 U.S.C. § 216(b).

The Summary Notice shall provide that Class Members who endorse any Settlement Check thereby consent in writing to become a party plaintiff in this action pursuant to 29 U.S.C. § 216(b).  After the 120 day period for Class Members to cash checks (see Section 8, above) has expired, the Parties shall file with the Court either the names of all persons who have cashed a Settlement Check and/or copies of the endorsed Settlement Checks which shall operate as such Class Members' consent to become a party to the FLSA claims asserted in the Complaint and First Amended Complaint.  The Parties agree that the procedures set forth in this paragraph shall constitute compliance with the requirements under 29 U.S.C. § 216(b) that persons opting in to an FLSA collective action consent in writing and that such consent be filed with the Court.

### 17.   Final Settlement Approval Hearing and Entry of Final Judgment

Upon expiration of the Objection/Exclusion Deadline Date, with the Court's permission, a Final Approval Hearing shall be conducted to determine final approval of the Settlement Agreement along with the amount payable for (i) an award for attorneys' fees and costs and (ii) Plaintiffs' and Opt-In Plaintiffs Taylor and Gilmore's Service Award.  Upon final approval of the Settlement Agreement by the Court at or after the Final Approval Hearing, the Parties shall present a Final Judgment and Order of Dismissal ("Final Judgment") to the Court for its approval.  The Final Judgment Order the Parties present to the Court shall provide that the matter is dismissed without prejudice.  It shall further provide that if no motion is filed on or before **[date 60 days after entry of the dismissal without prejudice]**, the dismissal without prejudice will convert to a dismissal with prejudice.

### 18.   Undistributed Settlement Awards

(a)     A Class Member who excludes himself or herself from this Settlement will not receive any payment from the Settlement Fund.

(b)     The Settlement Administrator will deliver the settlement checks to Class Members' most recent known address and will forward any returned checks to any address provided by the U.S. Postal Service, an Accurint search, the Class Member, or otherwise identified by Class Counsel.

(c)     Class Members will have one hundred and twenty (120) days after the issuance of the checks by the Settlement Administrator to cash their checks.  The Settlement Administrator will issue checks which on their face are not valid more than one hundred and twenty (120) days after their date of issuance.  If any Class Member's settlement check is not cashed within that 120-day period, the check will be void.  In such event, any Class Member whose check was not cashed will be deemed to have waived irrevocably any right or claim to his or her payment from the Settlement Fund, but the Settlement nevertheless will be binding upon the Class Member.

(d)     If the Settlement Administrator is unable to deliver a settlement check to a Class Member, or if a check remains uncashed within the one hundred and twenty (120) day period, the amount of such settlement checks will be retained by A Sure Wing.

### 19.    <u>Defendants' Legal Fees and Settlement Administration Costs</u>

All of Defendants' own legal fees, costs and expenses incurred in this Action shall be borne by Defendants. The Parties agree to cooperate in the Settlement administration process and to make all reasonable efforts to control and minimize the costs and expenses incurred in the administration of the Settlement.

### 20.    <u>Nullification of Settlement Agreement</u>

This Settlement Agreement is contingent upon the final approval and certification by the Court of the Settlement Class for settlement purposes.  Defendants do not waive, and instead expressly reserve, all rights and defenses in the Action, including without limitation their right to

challenge the propriety of collective action and/or class certification on any ground and to contest the merits of Plaintiffs' claims as if this Settlement Agreement had not been entered into by the Parties in the event: (i) the Court does not enter the Order specified herein; (ii) the Court does not finally approve the Settlement Agreement as provided herein; (iii) the Court does not enter a Final Judgment as provided herein, which becomes final as a result of the occurrence of the Final Approval; (iv) the Settlement Administrator fails to perform any action required of it in the Settlement Agreement; or (v) the Settlement Agreement does not become final for any other reason.  In such a case, this Settlement Agreement shall be null and void; any order or judgment entered by the Court in furtherance of this Settlement Agreement shall be treated as void *ab initio*; the Parties and any funds to be awarded under this Settlement Agreement shall be returned to their respective statuses as of the date and time immediately prior to the execution of this Settlement Agreement; and the Parties shall proceed in all respects as if this Settlement Agreement had not been executed.  Further, Plaintiffs shall be precluded from attempting to offer as evidence in any subsequent proceedings that the stipulated class for settlement purposes is a basis to support class certification for any purpose.  All negotiations and information and materials pertaining in any way to this Agreement or the settlement of the Action will be inadmissible and remain confidential to the fullest extent permitted by law.  In the event an appeal is filed from the Court's Final Judgment, or any other appellate review is sought prior to the Final Approval, administration of the Settlement shall be stayed pending final resolution of the appeal or other appellate review.

Notwithstanding the foregoing, if any order entered in this Lawsuit results in materially modifying, setting aside, or vacating any portion of the Settlement Agreement, with the exception of any modification of the amount of attorneys' fees and costs to be paid to Class

Counsel or the amount of the Service Award to be paid to the Named Plaintiffs, each party adversely impacted by the order or failure shall have the absolute right, at its sole discretion, to treat such order or failure as an event permanently preventing Final Approval.  To exercise this right, the party must inform the other party, in writing, of the exercise of this right, within fourteen (14) days of receiving notice of any order modifying, setting aside, or vacating any portion of this Settlement Agreement.  Before either party elects to exercise its right to treat such order as an event permanently preventing Final Approval, that party must meet and confer in good faith with the other party to determine if an agreement can be reached modifying this Settlement Agreement to the mutual satisfaction of the Parties.

> **21.** **Certification of Distribution of Settlement Checks**

No later than fourteen (14) calendar days after the Settlement Administrator delivers the settlement checks to Class Members, Class Counsel shall forward to Defendants' Counsel a spreadsheet ("Class Counsel Report") containing the following information: (1) the name and last-known address of each Class Member and Opt-In Plaintiff, except any Opt-Out Class Members; (2) for each Class Member and Opt-In Plaintiff, the gross Net Settlement Award, before deduction of the employee's share of taxes and withholding; (3) and the name and last-known address of each Class Member who submitted a valid Request for Exclusion.

The Settlement Administrator shall provide Class Counsel with an accounting of the proceeds disbursed and its withholding of every employees' share of any applicable payroll taxes from that portion of each Net Settlement Award allocated to wages, upon request by Class Counsel.

22.   **No Effect on Employee Benefits**

The Settlement payments paid to Plaintiffs, Opt-In Plaintiffs and Class Members shall be deemed not to be pensionable earnings and shall not have any effect on the eligibility for, or calculation of, any of the employee benefits (*e.g.*, 401(k) plans, retirement plans, etc.) of Plaintiffs, Opt-In Plaintiffs and Class Members. The Parties agree that any Settlement payments paid to Plaintiffs, Opt-In Plaintiffs and Class Members under the terms of this Settlement Agreement do not represent any modification of their previously credited hours of service or other eligibility criteria under any employee pension benefit plan or employee welfare benefit plan sponsored by Defendants.  Further, any Settlement payments paid to former employees hereunder shall not be considered "compensation" in any year for purposes of determining eligibility for, or benefit accrual within, an employee pension benefit plan or employee welfare benefit plan sponsored by Defendants.

23.   **Exhibits and Headings**

The terms of this Settlement Agreement include the terms set forth in the attached Exhibits, which are incorporated by this reference as though fully set forth herein.  Any Exhibits to this Settlement Agreement are an integral part of the Settlement.  The descriptive headings of any paragraphs or sections of this Agreement are inserted for convenience of reference only and do not constitute a part of this Settlement Agreement.

24.   **Amendment or Modification**

This Settlement Agreement may be amended or modified only by a written instrument signed by counsel for all Parties or their successors in interest and approved by the Court.

25.   **Entire Agreement**

This Settlement Agreement and any attached Exhibits constitute the entire agreement among these Parties, and no oral or written representations, warranties or inducements have been

24

made to any Party concerning this Settlement Agreement or its Exhibits other than the representations, warranties and covenants contained and memorialized in such documents.

### 26. <u>Authorization to Enter Into Settlement Agreement</u>

Counsel for all Parties warrant and represent that they are expressly authorized by the Parties whom they represent to negotiate this Settlement Agreement and to take all appropriate action required or permitted to be taken by such Parties pursuant to this Settlement Agreement to effectuate its terms, and to execute any other documents required to effectuate the terms of this Settlement Agreement.  The Parties and their counsel will cooperate with each other and use their best efforts to effect the implementation of the Settlement.  In the event the Parties are unable to reach agreement on the form or content of any document needed to implement the Settlement, or on any supplemental provisions that may become necessary to effectuate the terms of this Settlement, the Parties may seek the assistance of the Court to resolve such disagreement.

### 27. <u>Binding on Successors and Assigns</u>

This Settlement Agreement shall be binding upon, and inure to the benefit of, the successors or assigns of the Parties hereto, as previously defined.

### 28. <u>Illinois Law Governs</u>

All terms of this Settlement Agreement and the Exhibits hereto shall be governed by and interpreted according to the laws of the State of Illinois.

### 29. <u>Counterparts</u>

This Settlement Agreement may be executed in one or more counterparts.  All executed counterparts and each of them shall be deemed to be one and the same instrument.

### 30. <u>This Settlement is Fair, Adequate and Reasonable</u>

The Parties warrant and represent that they have conducted a thorough investigation of the facts and allegations in the Action.  The Parties further represent and warrant that they

25

believe this Settlement Agreement represents a fair, adequate and reasonable settlement of this Action and that they have arrived at this Settlement Agreement in arms-length negotiations, taking into account all relevant factors, present and potential.  This Settlement Agreement was reached after extensive negotiations.

### 31.  Jurisdiction of the Court

The Court shall retain jurisdiction with respect to the interpretation, implementation and enforcement of the terms of this Settlement Agreement and all orders and judgments entered in connection therewith, and the Parties and their counsel hereto submit to the jurisdiction of the Court for purposes of interpreting, implementing and enforcing the Settlement embodied in this Settlement Agreement and all orders and judgments entered in connection therewith.

### 32.  Cooperation and Drafting

Each of the Parties has cooperated in the drafting and preparation of this Settlement Agreement.  Hence, in any construction made to this Settlement Agreement, the same shall not be construed against any of the Parties.

### 33.  Invalidity of Any Provision

Before declaring any provision of this Settlement Agreement invalid, the Court shall first attempt to construe the provisions valid to the fullest extent possible consistent with applicable precedents so as to define all provisions of this Settlement Agreement valid and enforceable.

### 34.  Circular 230 Disclaimer

Each Party to this Settlement Agreement acknowledges and agrees that (1) no provision of this Settlement Agreement, and no written communication or disclosure between or among the Parties or their attorneys and other advisers regarding this Settlement Agreement, is or was intended to be, nor shall any such communication or disclosure constitute or be construed or be relied upon as, tax advice within the meaning of United States Treasury Department Circular 230

(31 CFR Part 10, as amended); (2) each Party (A) has relied exclusively upon his, her or its own, independent legal and tax advisers for advice (including tax advice) in connection with this Settlement Agreement, (B) has not entered into this Settlement Agreement based upon the recommendation of any Party or any attorney or advisor to any other Party, and (C) is not entitled to rely upon any communication or disclosure by any attorney or adviser to any other Party to avoid any tax penalty that may be imposed on that Party; and (3) no attorney or adviser to any other Party has imposed any limitation that protects the confidentiality of any such attorney's or adviser's tax strategies (regardless of whether such limitation is legally binding) upon disclosure by the acknowledging party of the tax treatment or tax structure of any transaction, including any transaction contemplated by this Settlement Agreement.

DATED: _____, 2016.       WERMAN SALAS P.C.


By: _____
    DOUGLAS M. WERMAN
    One of the Attorneys for Plaintiffs and the Class Members




DATED: _____, 2016.       MORGAN, LEWIS & BOCKIUS LLP


By: _____
    SARI ALAMUDDIN
    One of the Attorneys for Diversified Restaurant Holdings,
    Inc. and AMC Wings, Inc.




DATED: _____, 2016.       BLITZ, BARDGETT & DEUTSCH, L.C.


By: _____
    CHRISTOPHER O. BAUMAN
    One of the Attorneys for A Sure Wing, LLC

# EXHIBIT A

Davis v. A Sure Wing LLC
Settlement Agreement
Exhibit A

|  | Employee | Settlement Award |
|---|---|---|
| 1 | A Rockamann, Courtney | $ 177.20 |
| 2 | Aasted, Mary | $ 25.00 |
| 3 | Abdulhadi, Immad | $ 382.26 |
| 4 | Acon, Lindsay | $ 168.47 |
| 5 | Adams, Tosha | $ 65.98 |
| 6 | Adhami, Jasmine | $ 128.96 |
| 7 | Adkison, Dorothy | $ 96.14 |
| 8 | Agarwal, Pranay | $ 51.53 |
| 9 | Agers, Hayley | $ 72.86 |
| 10 | Aguilar, Cindy | $ 1,025.82 |
| 11 | Aholt, Erin | $ 732.12 |
| 12 | Ahrens, Rebecca | $ 96.47 |
| 13 | Aiello, Regan | $ 25.00 |
| 14 | Akers, Cassandra | $ 959.65 |
| 15 | Akers, Sam | $ 360.26 |
| 16 | Akins, Victoria | $ 25.00 |
| 17 | Alakai, Alexandria | $ 53.64 |
| 18 | Alayon, Laura | $ 62.52 |
| 19 | Albin, Kiersten | $ 50.09 |
| 20 | Albright, Diamond | $ 25.00 |
| 21 | Albright, Kylynn | $ 25.00 |
| 22 | Alexander, Kim | $ 95.64 |
| 23 | Algiere, Alexandria | $ 28.28 |
| 24 | Alkerton-Tomka, Taylor | $ 63.60 |
| 25 | Allen, Amber | $ 39.43 |
| 26 | Allen, Anthony | $ 701.93 |
| 27 | Allen, Dianna | $ 169.62 |
| 28 | Allen, Elizabeth | $ 73.28 |
| 29 | Allen, Haley | $ 25.00 |
| 30 | Allen, Rachel | $ 47.51 |
| 31 | Allen, Theresa | $ 25.00 |
| 32 | Allinger, Katherine | $ 179.17 |
| 33 | Allinger, Katie | $ 141.99 |
| 34 | Allred, Brianna | $ 136.06 |
| 35 | Anderson, Lauren | $ 44.31 |
| 36 | Angeli, Taylor | $ 561.37 |
| 37 | Appel, Ariel | $ 144.59 |
| 38 | Appelbaum, Allison | $ 157.95 |
| 39 | Appling, Kelly | $ 25.00 |
| 40 | Archie, LaTasha | $ 150.28 |
| 41 | Arends, Mackenna | $ 185.63 |
| 42 | Arger, Annelise | $ 61.19 |
| 43 | Ashcraft, Chelsea | $ 181.86 |
| 44 | Atkins, Catherine | $ 343.96 |
| 45 | Atnip, Jennifer | $ 83.74 |
| 46 | Auble, John | $ 92.44 |
| 47 | Augustine, Jessica | $ 193.89 |
| 48 | Austin, Kaitlyn | $ 73.21 |
| 49 | Austin, Samantha | $ 77.80 |
| 50 | Avery, Rebecca | $ 39.57 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|     | Employee | Settlement Award |
| --- | --- | --- |
| 51  | Baban, Sara | $    143.26 |
| 52  | Baeza, Jonathan | $    130.40 |
| 53  | Bahr, Christina | $     25.00 |
| 54  | Bailey, Alexis | $     25.00 |
| 55  | Bailey, Lindsey | $    139.42 |
| 56  | Bailey, Megan | $     25.00 |
| 57  | Baines, Alysia | $    406.48 |
| 58  | Baker, Jenna | $     25.00 |
| 59  | Baker, Michelle | $     25.00 |
| 60  | Baker, Quentin | $    113.29 |
| 61  | Baker, Sarah | $     25.00 |
| 62  | Ball, Stephani | $     59.29 |
| 63  | Banaszak, Tasha | $  1,208.80 |
| 64  | Banderman, Leann | $     63.40 |
| 65  | Bandowski, Hannah | $     28.25 |
| 66  | Baning, Carly | $     25.00 |
| 67  | Banks, Brooke | $     39.13 |
| 68  | Banks, Carolyn | $    488.42 |
| 69  | Banning, Carly | $     64.42 |
| 70  | Barbier, Nick | $     25.00 |
| 71  | Bardell, Jeylon | $    142.81 |
| 72  | Barger, Corey | $    218.39 |
| 73  | Barnes, Deandre | $    311.28 |
| 74  | Barnhart, Lindsey | $    250.82 |
| 75  | Barr, Kimmy | $     76.94 |
| 76  | Barr, Savanna | $    329.59 |
| 77  | Barra, Tessa | $     25.00 |
| 78  | Bartlett, Lauren | $    188.01 |
| 79  | Bartlett, Mary | $    662.28 |
| 80  | Basham, Rachael | $    230.63 |
| 81  | Basler, Josh | $     25.00 |
| 82  | Bass, Casey | $    264.98 |
| 83  | Bastunas, Lauren | $     34.48 |
| 84  | Baumann, Bret | $     89.20 |
| 85  | Baumgart, Amber | $    174.20 |
| 86  | Bax, Erica | $     44.41 |
| 87  | Bazzell, Alex | $    772.23 |
| 88  | Beal, Ladavia | $     26.15 |
| 89  | Bearden, Tim | $    546.39 |
| 90  | Beasley, Lindsey | $    148.98 |
| 91  | Beck, Albert | $     44.12 |
| 92  | Beck, Alexa | $    413.41 |
| 93  | Beck, Sabrina | $    537.64 |
| 94  | Beckett, Jennifer | $     45.30 |
| 95  | Beckley, Diana | $     99.80 |
| 96  | Beckmann, Alex | $    747.05 |
| 97  | Bedwell, Kelsi | $    105.62 |
| 98  | Begis, Alexia | $    126.07 |
| 99  | Begnel, Lauren | $    382.66 |
| 100 | Behnen, Jessica | $    235.93 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|     | Employee | Settlement Award |
|-----|----------|------------------|
| 101 | Beiser, Megan | $ 64.85 |
| 102 | Beisner, Ashley | $ 92.12 |
| 103 | Bell, Tatyana | $ 571.73 |
| 104 | Bellah, Ashley | $ 458.63 |
| 105 | Belyew, Jesse | $ 303.95 |
| 106 | Bena, Jordan | $ 83.65 |
| 107 | Bender, Tracie | $ 25.00 |
| 108 | Bennett, Cassidy | $ 25.00 |
| 109 | Bennett, Jacylyn | $ 613.20 |
| 110 | Bennett, Jennifer | $ 25.00 |
| 111 | Benoist, Claire | $ 63.49 |
| 112 | Benton, Tamarage | $ 513.14 |
| 113 | Benton, Tammy | $ 25.00 |
| 114 | Benz, Sarah | $ 972.61 |
| 115 | Bergh, Gianna | $ 85.02 |
| 116 | Bergman, Andi | $ 80.73 |
| 117 | Bergman, Sabrina | $ 27.40 |
| 118 | Bergsieker, Audrey | $ 47.30 |
| 119 | Berry, Diana | $ 25.00 |
| 120 | Berry, Jessica | $ 26.37 |
| 121 | Bertelli, Brandi | $ 61.50 |
| 122 | Bertke, Jennifer | $ 25.00 |
| 123 | Bess, Victoria | $ 131.26 |
| 124 | Beste, Aubrey | $ 131.28 |
| 125 | Betz, Michelle | $ 329.54 |
| 126 | Bidzinski, Alicia | $ 80.70 |
| 127 | Biernacki, Betty | $ 59.79 |
| 128 | Biggs, David | $ 502.50 |
| 129 | Binbeutel, Mary | $ 25.00 |
| 130 | Binns, Kayla | $ 72.68 |
| 131 | Bird, Kylie | $ 203.32 |
| 132 | Birdsong, Daniel | $ 63.78 |
| 133 | Birdsong, Lisa | $ 240.67 |
| 134 | Biship, Josh | $ 167.60 |
| 135 | Blackburn, Haley | $ 46.35 |
| 136 | Blair, Joanna | $ 512.76 |
| 137 | Blakenship, Jesse | $ 292.20 |
| 138 | Blankenship, Jessica | $ 25.00 |
| 139 | Blecha, Justin | $ 302.86 |
| 140 | Bledsoe, Rebecca | $ 325.48 |
| 141 | Blentlinger, Tyleen | $ 374.25 |
| 142 | Bleyer, Mady | $ 56.48 |
| 143 | Boaz, Jenna | $ 101.41 |
| 144 | Boeckman, Chad | $ 101.75 |
| 145 | Boehlein, Jessica | $ 32.60 |
| 146 | Boehringer, Michelle | $ 106.87 |
| 147 | Boeker, Justin | $ 25.00 |
| 148 | Boggess, Janae | $ 109.05 |
| 149 | Bollig, Brittany | $ 25.00 |
| 150 | Bone, Kelsey | $ 81.61 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|     | Employee | Settlement Award |
| --- | --- | --- |
| 151 | Boni, Christy | $ 25.00 |
| 152 | Bono, Alyse | $ 329.48 |
| 153 | Bonty, Jessica | $ 98.94 |
| 154 | booker, jazzeeka | $ 25.00 |
| 155 | Borchardt, Tony | $ 346.24 |
| 156 | Bordas, Samantha | $ 25.00 |
| 157 | Borland, Kassidey | $ 460.77 |
| 158 | Boschert, Carolyn | $ 80.05 |
| 159 | Boschert, Rosemary | $ 364.28 |
| 160 | Boswell, Amanda | $ 876.59 |
| 161 | Boswell, Ambrose | $ 59.24 |
| 162 | Bott, Janeessa | $ 36.06 |
| 163 | Boucher, Maddie | $ 103.46 |
| 164 | Boughman, Sarah | $ 117.02 |
| 165 | Bouren, Amber | $ 96.63 |
| 166 | Bowe, Christina | $ 190.46 |
| 167 | Boyd, Daja | $ 332.56 |
| 168 | Boyd, Deshannon | $ 87.70 |
| 169 | Boyd, Lalonnie | $ 25.00 |
| 170 | Boyd, Porsche' | $ 110.69 |
| 171 | Boyer, Cortney | $ 271.59 |
| 172 | Boyer, Paige | $ 25.00 |
| 173 | Boyher, Katelyn | $ 58.74 |
| 174 | Boyles, Makala | $ 83.60 |
| 175 | Bozik, Gabrielle | $ 166.23 |
| 176 | Bracey, David | $ 197.76 |
| 177 | Bracken, Makayla | $ 67.85 |
| 178 | Brady, Conner | $ 84.60 |
| 179 | Brake, Aubrey | $ 25.00 |
| 180 | Branch, Kaylee | $ 361.54 |
| 181 | Brandy, Destiny | $ 84.54 |
| 182 | Brantley, Samantha | $ 216.00 |
| 183 | Breeding, Cheyenne | $ 167.33 |
| 184 | Brell, Bryan | $ 51.77 |
| 185 | Brennan, Karli | $ 174.57 |
| 186 | Brennan, Sean | $ 25.00 |
| 187 | Brennan, Stacey | $ 87.45 |
| 188 | Brickey, Emily | $ 25.00 |
| 189 | Brightman, Blake | $ 34.85 |
| 190 | Brightwell, Haley | $ 42.89 |
| 191 | Brignole, Anthony | $ 269.66 |
| 192 | Briley, Justin | $ 25.00 |
| 193 | Brindell, Kathleen | $ 25.00 |
| 194 | Brinker, April | $ 28.02 |
| 195 | Brinkley, Alexis | $ 86.66 |
| 196 | Brinkley, Brianna | $ 31.90 |
| 197 | Britcher, Kayla | $ 45.41 |
| 198 | Broadaway, Amrah | $ 63.06 |
| 199 | Brooks, Alex | $ 25.00 |
| 200 | Brooks, Kayla | $ 116.37 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|     | Employee | Settlement Award |
| --- | --- | --- |
| 201 | Brooks, Tyran | $ 333.96 |
| 202 | Brophy, Kimberly | $ 737.37 |
| 203 | Brown, Allie | $ 983.28 |
| 204 | Brown, Brenda | $ 791.92 |
| 205 | Brown, Danielle | $ 25.00 |
| 206 | Brown, Evyn | $ 152.26 |
| 207 | Brown, Gabrielle | $ 85.07 |
| 208 | Brown, Haley | $ 228.36 |
| 209 | Brown, Keith | $ 247.06 |
| 210 | Brown, Lydia | $ 356.82 |
| 211 | Brown, Miriah | $ 253.48 |
| 212 | Brown, Stephanie | $ 528.99 |
| 213 | Brown, Tarrion | $ 25.00 |
| 214 | Broyles, Kaitlyn | $ 25.00 |
| 215 | Bruch, Kayla | $ 531.68 |
| 216 | Bruening, Ethan | $ 52.85 |
| 217 | Buchanan, Brystol | $ 25.00 |
| 218 | Buck, Ashley | $ 154.31 |
| 219 | Buckley, Kassie | $ 432.75 |
| 220 | Buetikofer, Alexandria | $ 691.07 |
| 221 | Buncher, Sarah | $ 25.00 |
| 222 | Bunevac, Erica | $ 471.93 |
| 223 | Buol, Blake | $ 43.62 |
| 224 | Burch, Michael | $ 879.29 |
| 225 | Burch, Taylor | $ 101.77 |
| 226 | Burdell, Brad | $ 800.28 |
| 227 | Burdick, Amanda | $ 250.17 |
| 228 | Burhite, Jewel | $ 524.73 |
| 229 | Burns, Kelly | $ 791.42 |
| 230 | Burris, Heather | $ 99.23 |
| 231 | Burris, Rebecca | $ 45.09 |
| 232 | Burrow, Brandon | $ 97.73 |
| 233 | Burton-Henderso, Victoria | $ 43.91 |
| 234 | Buselaki, Breanna | $ 232.36 |
| 235 | butler, ethan | $ 25.00 |
| 236 | Butler, Loryn | $ 577.35 |
| 237 | Butters, Breana | $ 155.42 |
| 238 | Buttice, Heather | $ 418.01 |
| 239 | Buttice, Megan | $ 204.31 |
| 240 | Butts, Paula | $ 272.12 |
| 241 | Butz, Sarah | $ 99.98 |
| 242 | Byers, Whitney | $ 390.69 |
| 243 | Byington, Tara | $ 243.57 |
| 244 | Caito, Janice | $ 25.00 |
| 245 | Callahan, Victoria | $ 75.87 |
| 246 | Calloway, Ashleigh | $ 25.00 |
| 247 | Camack, Jocelyn | $ 79.48 |
| 248 | Cambria, Robert | $ 25.00 |
| 249 | Camenzind, Brooke | $ 79.87 |
| 250 | Campbell, Jessica | $ 144.11 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|  | Employee | Settlement Award |
|---|---|---|
| 251 | Canada, Rachel | $ 59.69 |
| 252 | Cannon, Jennifer | $ 455.40 |
| 253 | Cantu, Yulianna | $ 164.35 |
| 254 | Capriglione, Ellen | $ 251.65 |
| 255 | Caras, Esther | $ 32.77 |
| 256 | Carico, Kayla | $ 367.08 |
| 257 | Carlisle, Heather | $ 46.28 |
| 258 | Carmichael, Michelle | $ 376.22 |
| 259 | Carmody, Nyssa | $ 27.75 |
| 260 | Carns, Ashton | $ 231.75 |
| 261 | Carpenter, Stephanie | $ 565.31 |
| 262 | Carraway, Brittany | $ 288.33 |
| 263 | Carrell, Erin | $ 63.73 |
| 264 | Carrell, Stephanie | $ 81.91 |
| 265 | Carrol, Shelby | $ 299.01 |
| 266 | Carroll, Paige | $ 205.93 |
| 267 | Carroll, Shaylee | $ 51.93 |
| 268 | Carter, Caitlin | $ 76.47 |
| 269 | Carter, Emma | $ 86.86 |
| 270 | Carter, Grace | $ 93.97 |
| 271 | Casey, Kelly | $ 99.08 |
| 272 | Castello, Shelby | $ 25.00 |
| 273 | Castic, Alexia | $ 435.02 |
| 274 | Castillo, Dustin | $ 215.60 |
| 275 | Castro, Natalia | $ 190.45 |
| 276 | Causey, Jessica | $ 25.00 |
| 277 | Cayce, Phylicia | $ 25.00 |
| 278 | Cayson, Miranda | $ 28.18 |
| 279 | Cea, Christian | $ 25.00 |
| 280 | Cepnio, Tracy | $ 129.39 |
| 281 | Champion, Jessica | $ 40.82 |
| 282 | Chapin, Katrina | $ 61.08 |
| 283 | Chapman, Ashley | $ 114.33 |
| 284 | Chapman, Melissa | $ 68.90 |
| 285 | Charbonneau, Aime | $ 25.00 |
| 286 | Charlton, Tanya | $ 361.23 |
| 287 | Cherry, Candice | $ 36.52 |
| 288 | Chiarelli, Ryan | $ 64.46 |
| 289 | Chica, Mayra | $ 92.71 |
| 290 | Chilton, Brooke | $ 522.40 |
| 291 | Chiodini, Emily | $ 185.31 |
| 292 | Chouris, Andrea | $ 25.00 |
| 293 | Christianson, Kira | $ 28.42 |
| 294 | Christopher, Paul | $ 130.68 |
| 295 | Christopher, Stephanie | $ 144.92 |
| 296 | Ciskowski, Brigit M | $ 124.48 |
| 297 | Clark, Amanda | $ 251.82 |
| 298 | Clark, Ashley | $ 307.50 |
| 299 | Clark, Bailey | $ 25.00 |
| 300 | clark, debra | $ 25.00 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|     | Employee | Settlement Award |
|-----|----------|------------------|
| 301 | Clark, Jamie | $ 25.00 |
| 302 | Clark, Kerri | $ 42.73 |
| 303 | Clark, Michelle | $ 82.46 |
| 304 | Clark, Shelby | $ 196.28 |
| 305 | Clark, Tiffany | $ 402.67 |
| 306 | Clark, Whitney | $ 211.18 |
| 307 | Clarkson, Jennifer | $ 59.65 |
| 308 | Clemens, Carly | $ 565.70 |
| 309 | Click, Courtney | $ 95.57 |
| 310 | Cline, kelsea | $ 40.12 |
| 311 | Clinton, Caryn | $ 25.00 |
| 312 | Closson, Ashley | $ 41.19 |
| 313 | Clynes, Zac | $ 61.38 |
| 314 | Clynes, Zachary | $ 192.24 |
| 315 | Coates, Samantha | $ 39.48 |
| 316 | Coble, Candace | $ 539.07 |
| 317 | Coburn, Katie | $ 669.18 |
| 318 | Cochran, Jill | $ 892.53 |
| 319 | Cockrum, Cameron | $ 25.00 |
| 320 | Coffee, Zach | $ 47.57 |
| 321 | Coffman, Jonna | $ 122.77 |
| 322 | Cohen, Samantha | $ 74.70 |
| 323 | Colagrossi, Chelsea | $ 41.11 |
| 324 | Coleman, Jessica | $ 331.21 |
| 325 | Coleman, Josephine | $ 314.82 |
| 326 | Colf, Charlotte | $ 361.23 |
| 327 | Collins, Brooklyn | $ 31.17 |
| 328 | Collins, Carissa | $ 187.41 |
| 329 | Collins, Holly | $ 25.00 |
| 330 | Combs, Jessica A | $ 113.65 |
| 331 | Conaway, Brooke | $ 73.69 |
| 332 | Connell, Danielle | $ 25.00 |
| 333 | Conner, Aaron | $ 144.59 |
| 334 | Conner, Michelle | $ 217.07 |
| 335 | Conway, Jacob | $ 360.04 |
| 336 | Conyer, Alicia | $ 606.72 |
| 337 | Coogan, Danielle | $ 37.17 |
| 338 | Cook, Joel | $ 35.38 |
| 339 | Cook, Krystal | $ 50.55 |
| 340 | Coomer, Olivia | $ 25.00 |
| 341 | Cooper, Ashley | $ 107.41 |
| 342 | Cooper, Kacie | $ 192.79 |
| 343 | Cope, Emily | $ 25.00 |
| 344 | Cope, Stephanie | $ 223.29 |
| 345 | Copeland, Melanie | $ 292.39 |
| 346 | Copple, Brittany | $ 376.33 |
| 347 | Cordova, Vanessa | $ 62.24 |
| 348 | Covault, Amy | $ 307.39 |
| 349 | Covert, Miranda | $ 846.32 |
| 350 | Cox, Lara | $ 282.86 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|  | Employee | Settlement Award |
|---|---|---|
| 351 | Crannick, Ashley | $ 164.30 |
| 352 | Crawford, Shannon | $ 670.34 |
| 353 | Creach, Stephanie | $ 25.00 |
| 354 | Creason, Phillip | $ 25.00 |
| 355 | Crenshaw, Chaise | $ 768.04 |
| 356 | Cribb, Jessica | $ 25.00 |
| 357 | Cronin, Bryan | $ 730.37 |
| 358 | Crooks, Kyle | $ 25.00 |
| 359 | Crossen, Jessica | $ 278.70 |
| 360 | Crouch, Dayna | $ 99.47 |
| 361 | Crowell, Megan | $ 79.14 |
| 362 | Crowley, Rachel | $ 40.71 |
| 363 | Cuevas, Crystal | $ 25.00 |
| 364 | Culler, Ashley | $ 454.86 |
| 365 | Cunningham, Rebekah | $ 53.46 |
| 366 | Cunnyngham, Cassidy | $ 63.89 |
| 367 | Curameng, Amanda | $ 260.52 |
| 368 | Curry, Melissa | $ 27.06 |
| 369 | Curtin, Erica | $ 47.37 |
| 370 | Czeschin, Erin | $ 648.75 |
| 371 | Dailey, Sam | $ 25.00 |
| 372 | Dailey, Samantha | $ 180.29 |
| 373 | Dallas, Stacie | $ 56.46 |
| 374 | Dalton, Catherine | $ 97.85 |
| 375 | Damalas, Chelsey | $ 25.00 |
| 376 | Dammann, christina | $ 486.46 |
| 377 | Dance, Destiny | $ 25.00 |
| 378 | Danielewicz, Katilynne | $ 504.03 |
| 379 | Daugherty, Allyssa | $ 92.53 |
| 380 | Daugherty, Shelby | $ 239.51 |
| 381 | Davis, Amanda | $ 210.99 |
| 382 | Davis, Brittany | $ 648.31 |
| 383 | Davis, Derissa | $ 71.68 |
| 384 | Davis, Jade | $ 154.14 |
| 385 | Davis, Jillian | $ 103.50 |
| 386 | Davis, Lavon | $ 109.42 |
| 387 | Davis, Meredith | $ 667.76 |
| 388 | Davis, Olivia | $ 25.00 |
| 389 | Dawley, Sarah | $ 451.35 |
| 390 | Day, Leah | $ 42.21 |
| 391 | Day, Mariah | $ 262.97 |
| 392 | Dean, Sashya | $ 172.71 |
| 393 | Debar, Anthony | $ 25.00 |
| 394 | Declue, Jonathan | $ 25.00 |
| 395 | Deleon, Brianna | $ 113.93 |
| 396 | Dempsey, Kathleen | $ 591.48 |
| 397 | Denman, Brittany | $ 28.46 |
| 398 | Denney, Sara | $ 187.23 |
| 399 | Deremer, Logan | $ 243.34 |
| 400 | Derr, Julia | $ 82.26 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|  | Employee | Settlement Award |
|---|---|---|
| 401 | Deshurley, Alexis | $ 170.55 |
| 402 | Deutschmann, Kassidy | $ 52.27 |
| 403 | Devino, Lindsay | $ 47.40 |
| 404 | Deyoe, Jessica | $ 236.02 |
| 405 | Dieckmann, Brianna | $ 159.53 |
| 406 | Dill, Mackenzie | $ 25.00 |
| 407 | Dillon, Hannah | $ 53.40 |
| 408 | Dillon, Holly | $ 170.27 |
| 409 | Dippel, Michelle | $ 256.23 |
| 410 | Dirie, Danielle | $ 238.51 |
| 411 | Dittmar, Shelby | $ 86.07 |
| 412 | Diveley, Kelsea | $ 77.83 |
| 413 | Dodd, Robert | $ 63.72 |
| 414 | Dolenz, Amber | $ 481.64 |
| 415 | Dolgin, Andrew | $ 600.15 |
| 416 | Donovan, Lisa | $ 106.50 |
| 417 | Dooley, Deborah | $ 202.37 |
| 418 | Dorman, Laysie | $ 785.64 |
| 419 | Dornfeld, Candice | $ 596.04 |
| 420 | Dotson, Dejanira | $ 108.65 |
| 421 | Douglas, Taylor | $ 25.00 |
| 422 | Douglass, Kennedy | $ 34.21 |
| 423 | Dourlain, Jennifer | $ 72.45 |
| 424 | Downey, Rachel | $ 70.49 |
| 425 | Downing, Cory | $ 25.00 |
| 426 | Downing, Gladys | $ 159.62 |
| 427 | Doyle, Kimberly | $ 609.78 |
| 428 | Drayton, Taylor | $ 132.16 |
| 429 | Drenkhahn, Kynnidi | $ 810.25 |
| 430 | Drury, Desiree | $ 25.00 |
| 431 | Duggan, Sean | $ 189.21 |
| 432 | Dulany, Brooke | $ 258.46 |
| 433 | Dumas, Ally | $ 25.00 |
| 434 | Dunham, Christine | $ 241.14 |
| 435 | Dunham, Kymberly | $ 78.77 |
| 436 | Dunn, Jessica | $ 170.59 |
| 437 | Dunn, Julia | $ 899.97 |
| 438 | Dunn, Kayla | $ 71.18 |
| 439 | Dutton, Moriah | $ 289.19 |
| 440 | Dvorak, Marissa | $ 110.35 |
| 441 | Dyer, George | $ 65.52 |
| 442 | Eagle, Liz | $ 56.78 |
| 443 | Ear, Budsarin | $ 25.00 |
| 444 | Earney, Casi | $ 25.00 |
| 445 | Earnhart, John | $ 1,012.12 |
| 446 | Eason, Kelly | $ 504.82 |
| 447 | Easterlin, Chelsea | $ 105.41 |
| 448 | Eaton, Arianna | $ 282.39 |
| 449 | Ebenstein, Lauren | $ 25.00 |
| 450 | Edmiston, Amanda | $ 189.02 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|  | Employee | Settlement Award |
|---|---|---|
| 451 | Edwards, Alexis | $ 247.01 |
| 452 | Edwards, Alyson | $ 25.00 |
| 453 | Edwards, Jana | $ 25.00 |
| 454 | Edwards, Kalah | $ 83.08 |
| 455 | Ehrhardt, April | $ 44.95 |
| 456 | Eikermann, Kassidy | $ 297.30 |
| 457 | Elde, Kira | $ 25.00 |
| 458 | Elfrink, Cameron | $ 523.68 |
| 459 | Ellis, Autumn | $ 26.95 |
| 460 | Ellison, Rebecca | $ 25.00 |
| 461 | Engels, Blake | $ 184.62 |
| 462 | English, Reanna | $ 165.72 |
| 463 | Ermeling, Veronica | $ 42.81 |
| 464 | Espinoza, Simon | $ 25.00 |
| 465 | Estill, Jessica | $ 70.69 |
| 466 | Estrada, Portia | $ 224.53 |
| 467 | Eudy, Jasmine | $ 25.00 |
| 468 | Evans, Breanna | $ 25.00 |
| 469 | Evans, Heather | $ 254.00 |
| 470 | Evans, Jennifer | $ 461.50 |
| 471 | Evans, Victoria | $ 407.75 |
| 472 | Eveland, Lindsey | $ 75.88 |
| 473 | Fahrer, Jennifer | $ 34.15 |
| 474 | Faingnaert, Amanda | $ 46.65 |
| 475 | Fairbanks, Alex | $ 136.39 |
| 476 | Fajardo, Celina | $ 63.04 |
| 477 | Falaniko, Shanette | $ 25.00 |
| 478 | Falcone, Misty | $ 25.00 |
| 479 | Fallen, Kayla | $ 671.06 |
| 480 | Farhat, Maddison | $ 87.45 |
| 481 | Farhoud, Alaa | $ 68.79 |
| 482 | Farley, Kelsey | $ 55.58 |
| 483 | Farmer, Breonna | $ 25.00 |
| 484 | Farrar, Kelly | $ 32.21 |
| 485 | Farrell, Kelly | $ 80.81 |
| 486 | Farren, Russell | $ 25.00 |
| 487 | Farris, Onna | $ 46.27 |
| 488 | Favela, Valarie | $ 284.12 |
| 489 | Fedderke, Tawny | $ 509.46 |
| 490 | Federer, Allison | $ 163.48 |
| 491 | Fee, Alexandra | $ 43.82 |
| 492 | Feith, Breanna | $ 291.67 |
| 493 | Fennewald, Makyla | $ 25.00 |
| 494 | Fergus, Rachel | $ 245.11 |
| 495 | Ferguson, Elizabeth | $ 121.20 |
| 496 | Ferguson, James | $ 68.96 |
| 497 | Ferguson, Joshua | $ 25.00 |
| 498 | Fernandes, Jodi | $ 150.91 |
| 499 | Fernandez, Audree | $ 42.02 |
| 500 | Fernandez, Tyler | $ 180.66 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|  | Employee | Settlement Award |
|---|---|---|
| 501 | Ferraris, Megan | $ 415.10 |
| 502 | Ferrell, Jacquelyn | $ 187.70 |
| 503 | Ferrell, Rebecca | $ 167.98 |
| 504 | Fetter, Chelsea | $ 65.13 |
| 505 | Fick, Benjamin | $ 52.30 |
| 506 | Fimbres, Natalia | $ 81.51 |
| 507 | Finch, Mason | $ 621.16 |
| 508 | Finkeldei, Shelbie | $ 129.23 |
| 509 | Finley, Danielle | $ 25.94 |
| 510 | Finnerty, Jessica | $ 299.61 |
| 511 | Fischer, Amber | $ 569.01 |
| 512 | Fischer, Kohri | $ 154.05 |
| 513 | Fischer, Lauren | $ 615.80 |
| 514 | Fisher, Stevie | $ 527.63 |
| 515 | Fiske, Brandon | $ 49.67 |
| 516 | Fleming, Grace | $ 25.00 |
| 517 | Fletcher, Buddy | $ 148.24 |
| 518 | Flores, Chelsi | $ 25.00 |
| 519 | Flynn, Taylor | $ 56.20 |
| 520 | Fodde, Christa | $ 123.09 |
| 521 | Foerster, Katherine | $ 200.56 |
| 522 | Fogarty, Kaylee | $ 25.00 |
| 523 | Foley, Camille | $ 587.54 |
| 524 | Foley, Krystal | $ 25.00 |
| 525 | Fontaine, Amanda | $ 963.48 |
| 526 | Foor, Stephanie | $ 25.00 |
| 527 | Ford, Tiffany | $ 120.41 |
| 528 | Forehand, Amy | $ 25.00 |
| 529 | Forstrom, Emily | $ 27.73 |
| 530 | Foster, Angela | $ 25.00 |
| 531 | Fountain, Marlena | $ 71.48 |
| 532 | Foutch, Crystal | $ 25.00 |
| 533 | Fowler, Melanie | $ 171.11 |
| 534 | Fox, Brittany | $ 32.81 |
| 535 | Fox, Crystal | $ 42.92 |
| 536 | Fraley, Felicia | $ 110.93 |
| 537 | Franke, Ciara | $ 74.92 |
| 538 | Frazier, Kathleen | $ 128.84 |
| 539 | Freeman, Tabitha | $ 1,180.73 |
| 540 | Freese, Jenna | $ 30.92 |
| 541 | Frei, Shelby | $ 70.48 |
| 542 | Freihaut, Jasara | $ 289.36 |
| 543 | Fritz, Danielle | $ 41.82 |
| 544 | Fritz, Jason | $ 242.82 |
| 545 | Fry, Jennifer | $ 1,202.21 |
| 546 | Fuchs, Lauren | $ 66.56 |
| 547 | Fugiel, Helena | $ 77.70 |
| 548 | Gabeljic, Alma | $ 807.46 |
| 549 | Gabor, Kelsey | $ 367.26 |
| 550 | Gaebe, Alexander | $ 111.06 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|  | Employee | Settlement Award |
|---|---|---|
| 551 | Galler, Monica | $ 25.00 |
| 552 | Galletti, Julia | $ 197.78 |
| 553 | Gallina, Kaitlyn | $ 25.00 |
| 554 | Garcia, Alyssa | $ 160.49 |
| 555 | Garcia, Anaceli | $ 27.38 |
| 556 | Gardner, Caroline | $ 48.93 |
| 557 | Garner-Gooch, Megan | $ 186.37 |
| 558 | Gavin, Angela | $ 651.79 |
| 559 | Gavin, Jaleesa | $ 1,007.57 |
| 560 | Gavlick, Erica | $ 52.18 |
| 561 | Gaynor, Kayla | $ 143.97 |
| 562 | Gebhardt, Megan | $ 189.07 |
| 563 | Gebhart, Lacey | $ 25.00 |
| 564 | Geromiller, Ciara | $ 431.93 |
| 565 | Gettemeier, Ashley | $ 355.41 |
| 566 | Ghassemi, Megan | $ 202.18 |
| 567 | Gholson, Abbey | $ 152.37 |
| 568 | Gibson, Brittney | $ 521.24 |
| 569 | Gibson, Heather | $ 25.00 |
| 570 | Gibson, Sydney | $ 461.98 |
| 571 | Gibson, Taylor | $ 25.00 |
| 572 | Gibson, Zachary | $ 25.00 |
| 573 | Gilgen, Tiffany | $ 552.19 |
| 574 | Gill, Taylor | $ 45.59 |
| 575 | Gillardi, Emily | $ 126.33 |
| 576 | Gilliam, Courtney | $ 575.60 |
| 577 | Gilmore, Desiree | $ 711.29 |
| 578 | Gilmore, Emily | $ 25.00 |
| 579 | Ginder, Melissa | $ 214.12 |
| 580 | Ginocchio, Samantha | $ 49.34 |
| 581 | Gipson, Jamie | $ 57.36 |
| 582 | Gleason, Claudia | $ 302.10 |
| 583 | Gleason, Nathan | $ 25.00 |
| 584 | Glenn, Taylor | $ 33.92 |
| 585 | Glueck, Taylor | $ 480.58 |
| 586 | Gober, Hannah | $ 54.87 |
| 587 | Godar, Tyler | $ 188.70 |
| 588 | Godier, Leena | $ 725.18 |
| 589 | Goewert, Brittany | $ 25.00 |
| 590 | Goewert, Kyle | $ 50.51 |
| 591 | Goff, Neena | $ 199.64 |
| 592 | Gold, Michelle | $ 49.32 |
| 593 | Goldsberry, Mariah | $ 25.00 |
| 594 | Goodman, Madison | $ 191.87 |
| 595 | Goodues, Jamie* | $ 25.00 |
| 596 | Gordon, Talyor | $ 26.05 |
| 597 | Gorris, Nicole | $ 29.56 |
| 598 | Goss, Kendra | $ 60.40 |
| 599 | Goss, Paige | $ 93.25 |
| 600 | Gossett, Chelsea | $ 93.32 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|  | Employee | Settlement Award |
|---|---|---|
| 601 | Gould, Jessica | $ 32.09 |
| 602 | Govreau, Kylie | $ 176.79 |
| 603 | Gowen, Sadie | $ 156.59 |
| 604 | Graham, Brittany | $ 842.05 |
| 605 | Graham, Leilani | $ 427.78 |
| 606 | Graham, Phylicia | $ 315.77 |
| 607 | Grant, Aaliyah | $ 187.59 |
| 608 | Gratta, Chelsie | $ 174.88 |
| 609 | Gray, Jamie | $ 310.12 |
| 610 | Gray, Natalie | $ 25.00 |
| 611 | Green, Amber | $ 223.44 |
| 612 | Green, Brandy | $ 25.00 |
| 613 | Green, Holly | $ 54.44 |
| 614 | Green, Sydney | $ 107.06 |
| 615 | Greenberg, Jessica | $ 65.03 |
| 616 | Greenlee, Sarah | $ 390.75 |
| 617 | Greer, Sara | $ 281.47 |
| 618 | Gregory, Kristin | $ 50.51 |
| 619 | Gresham, Brett | $ 26.53 |
| 620 | Grettenberger, Paul | $ 142.21 |
| 621 | Grier, Deirdre | $ 376.82 |
| 622 | Grier, Desiree | $ 46.82 |
| 623 | Griffin, Markay | $ 89.51 |
| 624 | Griffin, Samantha | $ 191.16 |
| 625 | Griffin, Samm | $ 25.00 |
| 626 | Griffith, Jazmin | $ 25.00 |
| 627 | Griffith, Leigh | $ 34.35 |
| 628 | Grueter, Mary Grace | $ 179.96 |
| 629 | Gruettemeyer, Briana | $ 70.46 |
| 630 | Gubic, Maja | $ 229.82 |
| 631 | Guerra, Jessica | $ 25.00 |
| 632 | Guill, Jessica | $ 25.00 |
| 633 | Gula, Jamee | $ 391.83 |
| 634 | Gunn, Yasmin | $ 117.16 |
| 635 | Gustafson, Melissa | $ 43.44 |
| 636 | Guthrie, Nick | $ 138.86 |
| 637 | Gyger, Shelby | $ 32.18 |
| 638 | Haarman, Jordan | $ 25.00 |
| 639 | Haas, Grace | $ 31.47 |
| 640 | Habedank, Elizabeth | $ 111.06 |
| 641 | Hacker, Jennifer | $ 996.38 |
| 642 | Hairston, Heather | $ 495.18 |
| 643 | Haislip, Shawna | $ 28.49 |
| 644 | Hake, Andrew | $ 25.00 |
| 645 | Halas, Tyler | $ 41.44 |
| 646 | Halde, Kayla | $ 315.18 |
| 647 | Hall, Abigail | $ 160.31 |
| 648 | Hall, Ashley | $ 344.82 |
| 649 | Hall, Bryana | $ 96.69 |
| 650 | Hall, Cassie | $ 719.84 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

| | Employee | Settlement Award |
|---|---|---|
| 651 | Haller, Sara | $ 620.96 |
| 652 | Ham, Randa | $ 123.67 |
| 653 | Haman, Annie | $ 292.01 |
| 654 | Hamilton, Alonzo | $ 270.72 |
| 655 | Hamlett, Elizabeth | $ 345.56 |
| 656 | Hampel, Amanda | $ 360.23 |
| 657 | Hampson, Ashley | $ 112.54 |
| 658 | Hampton, Jessica | $ 168.23 |
| 659 | Hanby, Sarah | $ 221.60 |
| 660 | Hance, Nicole | $ 25.00 |
| 661 | Hancock, Blake | $ 27.91 |
| 662 | Hancock, Brittany | $ 67.74 |
| 663 | Handke, Braden | $ 25.00 |
| 664 | Hanks, Clare | $ 85.66 |
| 665 | Hanson, Rachel | $ 193.67 |
| 666 | Hantack, Melissa | $ 84.96 |
| 667 | Hanten, Cameron | $ 207.21 |
| 668 | Harden, Rachel | $ 137.33 |
| 669 | Hardin, Brittany | $ 45.59 |
| 670 | Hardwick, Amanda | $ 67.88 |
| 671 | Hargraves, Marilyn | $ 25.00 |
| 672 | Harmon, Caitlin | $ 138.53 |
| 673 | Harms, Sarah | $ 31.28 |
| 674 | Harper, Whitney | $ 25.00 |
| 675 | Harris, Aliyah | $ 25.00 |
| 676 | Harris, Gwendylyn | $ 516.90 |
| 677 | Harris, Jacklyn | $ 109.84 |
| 678 | Harris, Stephanie | $ 481.34 |
| 679 | Harrison, Ariel | $ 350.75 |
| 680 | Harrop, Olivia | $ 96.03 |
| 681 | Harter, Jackie | $ 58.88 |
| 682 | Harter, Jordan | $ 33.35 |
| 683 | Hartlieb, Jennifer | $ 39.61 |
| 684 | Hartman, Jacob | $ 713.54 |
| 685 | Hartman, Rachel | $ 37.55 |
| 686 | Hartmann, Rachel | $ 448.44 |
| 687 | Haskins, Matt | $ 31.89 |
| 688 | Hauhe, Kaelyn | $ 334.68 |
| 689 | Hausman, Nicole | $ 152.87 |
| 690 | Hausmann, Tina | $ 116.62 |
| 691 | Hawkins, Allison | $ 117.08 |
| 692 | Hawkins, Laurel | $ 511.08 |
| 693 | Hayes, Julie | $ 64.10 |
| 694 | Hayes, Stephanie | $ 443.54 |
| 695 | Hayes, Taylor | $ 352.89 |
| 696 | Hayes, Tiffany | $ 363.67 |
| 697 | Haynes, Michelle | $ 25.00 |
| 698 | Headrick, Dustin | $ 32.05 |
| 699 | Healey, Erin | $ 41.13 |
| 700 | Hearty, Alyson | $ 114.93 |

Davis v. A Sure Wing LLC
Settlement Agreement
Exhibit A

|  | Employee | Settlement Award |
|---|---|---|
| 701 | Hearty, Erica | $ 25.00 |
| 702 | Heim, Kacy | $ 65.22 |
| 703 | Hein, Danielle | $ 39.33 |
| 704 | Heinold, Jessica | $ 743.05 |
| 705 | Heinzman, Samantha | $ 25.00 |
| 706 | Heisner, Lindsay | $ 220.44 |
| 707 | Heitert, Samantha | $ 311.88 |
| 708 | Heller, Heather | $ 25.00 |
| 709 | Hellmann, Nicole | $ 25.00 |
| 710 | Helsley, Lauren | $ 158.67 |
| 711 | Hemberger, Caitlin | $ 725.50 |
| 712 | Hempelmann, Sarah | $ 214.36 |
| 713 | Hendrix, Trudy | $ 25.00 |
| 714 | Henleben, Claire | $ 81.57 |
| 715 | Henley, Angela | $ 25.00 |
| 716 | Hennings, Kierra | $ 28.21 |
| 717 | Henry, Alyssa | $ 34.28 |
| 718 | Henry, Amber | $ 25.00 |
| 719 | Henson, Angeline | $ 248.44 |
| 720 | Henson, Austin | $ 25.00 |
| 721 | Henson, Kyle | $ 25.00 |
| 722 | Henson, Whitney | $ 25.00 |
| 723 | Hercules, Abbey | $ 116.93 |
| 724 | Herlihy, Kalyn | $ 164.43 |
| 725 | Hermann, Natalie | $ 25.00 |
| 726 | Hernandez, Danielle | $ 173.06 |
| 727 | herndon, jamie | $ 309.09 |
| 728 | Herndon, Jennifer | $ 90.86 |
| 729 | Herndon, Kenlea | $ 37.94 |
| 730 | Herrell, Cameron | $ 150.33 |
| 731 | Herrman, Dylan | $ 506.99 |
| 732 | Herron, Courtney | $ 313.01 |
| 733 | Hertel, Carlie | $ 25.00 |
| 734 | Herter, Maranda | $ 427.80 |
| 735 | Herzig, Rychelle | $ 25.00 |
| 736 | Hess, Kimberly | $ 212.29 |
| 737 | Hess, Lindsay | $ 25.00 |
| 738 | Hewlett, Brandee | $ 25.00 |
| 739 | Heyer, Alyssa | $ 130.84 |
| 740 | Heyn, Matthew | $ 25.00 |
| 741 | Hickey, Kori | $ 262.56 |
| 742 | Hickey, Riley | $ 74.40 |
| 743 | Hickman, Kari | $ 152.40 |
| 744 | Hicks, Rachel | $ 69.67 |
| 745 | Hiles, Michael | $ 57.63 |
| 746 | Hill, Alexandra | $ 218.19 |
| 747 | Hill, Chantel | $ 107.58 |
| 748 | Hill, Tiffany | $ 174.21 |
| 749 | Hille, Lisa | $ 165.85 |
| 750 | Hillis, Alicia | $ 25.00 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

| | Employee | Settlement Award |
|---|---|---|
| 751 | Hills, Ryan | $ 245.06 |
| 752 | Hillyer, Kathryn | $ 25.00 |
| 753 | Hiltl, Alyssa | $ 25.00 |
| 754 | Hines, Brittany | $ 481.48 |
| 755 | Hinkebein, Emily | $ 38.53 |
| 756 | Hinson, Melissa | $ 798.82 |
| 757 | Hinton, Eleanor | $ 30.95 |
| 758 | Hipes, Rachel | $ 920.15 |
| 759 | Hirst, Elisabeth | $ 98.78 |
| 760 | Hitt, Rachael | $ 58.81 |
| 761 | Hoal, Garryth | $ 25.00 |
| 762 | Hocking, Mallory | $ 230.24 |
| 763 | Hodge, Lindsay | $ 690.03 |
| 764 | Hodge, Stacy | $ 162.81 |
| 765 | Hodges, Mariah | $ 404.86 |
| 766 | Hoesel, Katie | $ 25.00 |
| 767 | Hoester, Alexis | $ 484.57 |
| 768 | Hofer, Bennett | $ 268.67 |
| 769 | Hoff, Joshua | $ 72.03 |
| 770 | Hoffman, Ashley | $ 42.65 |
| 771 | Hoffman, Beth | $ 373.37 |
| 772 | Hoffman, Keri | $ 211.51 |
| 773 | Hoffman, Kiersten | $ 243.16 |
| 774 | Hogard, Kaylee | $ 51.07 |
| 775 | Hogrebe, Maddie | $ 25.00 |
| 776 | Hogrebe, Madison | $ 110.98 |
| 777 | Holland, Casey | $ 131.79 |
| 778 | Hollar, Holly | $ 106.31 |
| 779 | Hollis, Jessica | $ 243.63 |
| 780 | Holloman, Rachel | $ 25.00 |
| 781 | Holmberg, Kaitlyn | $ 549.08 |
| 782 | Holmes, Kathryn | $ 25.00 |
| 783 | Holstein, Martha | $ 195.20 |
| 784 | Holt, Dacia | $ 46.90 |
| 785 | Hook, Joy | $ 25.20 |
| 786 | Horn, Bobby | $ 303.11 |
| 787 | Hornbeck, Aja | $ 25.00 |
| 788 | Horner, Brooke | $ 237.79 |
| 789 | Hotze, Tara | $ 39.68 |
| 790 | Houck, Katrina | $ 206.93 |
| 791 | House, Sarah | $ 25.00 |
| 792 | Howard, Chevon | $ 26.58 |
| 793 | Howard, Joshua | $ 72.32 |
| 794 | Howard, Lindsey | $ 138.26 |
| 795 | Howard, Loren | $ 30.43 |
| 796 | Hrobowski, Paige | $ 483.58 |
| 797 | Hubbard, Samantha | $ 84.17 |
| 798 | Huck, Ashley | $ 334.81 |
| 799 | Hudgins, Emily | $ 142.33 |
| 800 | Huelsebusch, Tara | $ 25.00 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

| | Employee | Settlement Award |
|---|---|---|
| 801 | Huffman, Lynn | $ 765.62 |
| 802 | Hughes, Jessica | $ 75.83 |
| 803 | Hunsel, Katherine | $ 135.57 |
| 804 | Hunt, Lauren | $ 487.77 |
| 805 | Hunter, Shannon | $ 79.99 |
| 806 | Hunze, Jamie | $ 31.26 |
| 807 | Hunze, Sarah | $ 955.38 |
| 808 | Hurst, David | $ 47.30 |
| 809 | Hurt, Amber | $ 25.00 |
| 810 | Hurt, Heather | $ 199.03 |
| 811 | Husak, Martin | $ 456.85 |
| 812 | Hussey, Victoria | $ 243.07 |
| 813 | Huston, Jenna | $ 25.00 |
| 814 | Hyatt, Patricia | $ 25.00 |
| 815 | Hyde, Sarah | $ 1,056.77 |
| 816 | Ibarrd, Priscilla | $ 74.71 |
| 817 | Idel, Kimberly | $ 25.00 |
| 818 | Idziak, Katelyn | $ 305.97 |
| 819 | Ikenberry, Loretta | $ 224.66 |
| 820 | Inman, Alie | $ 1,032.37 |
| 821 | Italiano, Gina | $ 90.94 |
| 822 | Jackson, Anna | $ 781.21 |
| 823 | Jackson, David | $ 251.94 |
| 824 | Jackson, Kaitlyn | $ 90.13 |
| 825 | Jackson, Staci | $ 673.87 |
| 826 | Jaggie, Joshua | $ 52.04 |
| 827 | Jakul, Chloey | $ 34.01 |
| 828 | Jamboretz, Mariah | $ 99.29 |
| 829 | James, Ashley | $ 25.00 |
| 830 | James, Julie | $ 77.94 |
| 831 | James, Samantha | $ 205.30 |
| 832 | Jasenowski, Danielle | $ 659.49 |
| 833 | Jasper, Teri | $ 26.59 |
| 834 | Jeffcott, Amanda | $ 25.00 |
| 835 | Jefferson, Latonna | $ 392.75 |
| 836 | Jeffries, Ashlynn | $ 77.12 |
| 837 | Jenkins, Kayla | $ 370.74 |
| 838 | Jennings, Ashley | $ 561.80 |
| 839 | Jepsen, Amanda | $ 153.29 |
| 840 | Jesielowski, Julia | $ 35.18 |
| 841 | Jesiolowski, Chaz | $ 25.00 |
| 842 | Jimenez, Sarah | $ 38.56 |
| 843 | Jimerson, Alyssa | $ 25.00 |
| 844 | Joerger, Taylor | $ 138.68 |
| 845 | Johnson, Alyssa | $ 74.36 |
| 846 | Johnson, Brittany | $ 25.00 |
| 847 | Johnson, Catherine | $ 25.00 |
| 848 | Johnson, Jennifer | $ 48.41 |
| 849 | Johnson, Jessica | $ 120.83 |
| 850 | Johnson, Jonee | $ 174.96 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|     | Employee | Settlement Award |
| --- | --- | --- |
| 851 | Johnson, Kace | $ 150.09 |
| 852 | Johnson, Kassandra | $ 183.28 |
| 853 | Johnson, Kelsey | $ 222.65 |
| 854 | Johnson, Lauren | $ 145.69 |
| 855 | Johnson, Shernota | $ 30.90 |
| 856 | Johnston, Kristina | $ 221.90 |
| 857 | Jones, Ashley | $ 61.89 |
| 858 | Jones, Brittany | $ 67.72 |
| 859 | Jones, Collin | $ 89.96 |
| 860 | Jones, Danielle | $ 54.66 |
| 861 | Jones, Elizabeth | $ 76.75 |
| 862 | Jones, Ella | $ 65.06 |
| 863 | Jones, Erica | $ 53.97 |
| 864 | Jones, Holly | $ 165.53 |
| 865 | Jones, Jessica | $ 25.00 |
| 866 | Jones, Kaitlyn | $ 226.83 |
| 867 | Jones, Sara | $ 80.66 |
| 868 | Jones, Sarah | $ 43.04 |
| 869 | Jones, Sherrell | $ 83.36 |
| 870 | Jones-Hadley, Jaylen | $ 439.98 |
| 871 | Jordan, Bambi | $ 25.00 |
| 872 | Jordan, Gabbrielle | $ 281.87 |
| 873 | Jordan, Kailyn | $ 25.00 |
| 874 | Joshghani, Darius | $ 111.98 |
| 875 | Journey, Jayson | $ 25.00 |
| 876 | Joyce, Ashley | $ 69.41 |
| 877 | Julian, Jordan | $ 63.31 |
| 878 | Julifs, Heather | $ 86.93 |
| 879 | Kadden, Eric | $ 97.06 |
| 880 | Kairy, Jessica | $ 121.23 |
| 881 | Kam, Danielle | $ 170.94 |
| 882 | Kamp, Jessica | $ 30.36 |
| 883 | Kanyuck, Alyssa | $ 417.45 |
| 884 | Karg, Krista | $ 350.28 |
| 885 | Kassebaum, Emily | $ 28.23 |
| 886 | Kaste, Jacklyn | $ 145.56 |
| 887 | Kats, Kara | $ 239.15 |
| 888 | Keebler, Brittany | $ 96.03 |
| 889 | Keithly, Brittany | $ 92.36 |
| 890 | Keller, Cate | $ 27.94 |
| 891 | Keller, Lianna | $ 25.00 |
| 892 | Kelley, Amber | $ 55.63 |
| 893 | Kelley, Sally Jo | $ 65.30 |
| 894 | Kelly, Dalton | $ 25.00 |
| 895 | Kelly, Robyn | $ 25.00 |
| 896 | Kelsall, Brittany | $ 571.37 |
| 897 | Kelsall, Marisa | $ 210.71 |
| 898 | Kempen, Emilie | $ 169.91 |
| 899 | Kempker, Abigail | $ 265.76 |
| 900 | Kenna, Kayla | $ 90.40 |

Davis v. A Sure Wing LLC
Settlement Agreement
Exhibit A

|  | Employee | Settlement Award |
|---|---|---|
| 901 | Kennedy, Jordan | $ 113.24 |
| 902 | Kennell, Ciara | $ 354.03 |
| 903 | Keppel, Allison | $ 25.00 |
| 904 | Keppel, Caroline | $ 489.46 |
| 905 | Kertz, Brittany | $ 43.33 |
| 906 | Kessinger, Emma | $ 33.82 |
| 907 | Kessler, Lauren | $ 90.04 |
| 908 | Ketcherside, Rachel | $ 47.73 |
| 909 | Key, Myria | $ 82.32 |
| 910 | Key, Paige | $ 64.12 |
| 911 | Keys, Judy | $ 156.37 |
| 912 | Kiley, Courtney | $ 35.27 |
| 913 | Killian, Colin | $ 207.72 |
| 914 | Killian, Maggie | $ 289.57 |
| 915 | killian, Margaret | $ 25.00 |
| 916 | Killion, Kristina | $ 1,067.40 |
| 917 | Killy, Brittany | $ 28.12 |
| 918 | Kilper, Angela | $ 31.82 |
| 919 | Kilver, Phillip | $ 333.19 |
| 920 | Kim, Cory | $ 36.35 |
| 921 | Kim, Trisha | $ 37.40 |
| 922 | Kincaid, Amanda | $ 70.10 |
| 923 | Kinder, Brianna | $ 406.79 |
| 924 | Kindrick, Kasey | $ 25.00 |
| 925 | King, Cristal | $ 142.46 |
| 926 | King, Karen | $ 130.78 |
| 927 | King, Laura | $ 56.06 |
| 928 | King, Rebecca | $ 301.34 |
| 929 | King, Taylor | $ 263.65 |
| 930 | Kinney, Melissa | $ 70.48 |
| 931 | Kircher, Sara | $ 247.57 |
| 932 | Kirk, Aaron | $ 727.72 |
| 933 | Kirklin, Jessica | $ 180.40 |
| 934 | Kish, Kristina | $ 459.43 |
| 935 | Kisly, Christian | $ 120.85 |
| 936 | Kistler, Brooke | $ 41.32 |
| 937 | Kitchin, Alyssa | $ 25.00 |
| 938 | Kitson, Elizabeth | $ 30.44 |
| 939 | Kliethermes, Jessie | $ 196.48 |
| 940 | Klinger, Madison | $ 305.54 |
| 941 | Klos, Richard | $ 92.33 |
| 942 | Klump, Amber | $ 65.26 |
| 943 | Knese, Madison | $ 113.99 |
| 944 | Knipp, Taylor | $ 155.71 |
| 945 | Knott, Brittany | $ 25.00 |
| 946 | Knox, Ken | $ 60.49 |
| 947 | Kobusch, Justice | $ 276.62 |
| 948 | Koch, Lexi | $ 114.19 |
| 949 | Koesterer, Jacqueline | $ 213.62 |
| 950 | Koesterer, Kelsey | $ 171.93 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|  | Employee | Settlement Award |
|---|---|---|
| 951 | Koetting, Morgan | $ 25.00 |
| 952 | Kohring, Olivia | $ 51.70 |
| 953 | Kolano, Tracey | $ 100.74 |
| 954 | Kollar, Jessica | $ 25.07 |
| 955 | Kolstad, Jenna | $ 41.76 |
| 956 | Korbai, Darienne | $ 252.39 |
| 957 | Korda, Niki | $ 201.24 |
| 958 | Korhammer, Jessica | $ 189.69 |
| 959 | Kosbar, Autumn | $ 25.00 |
| 960 | Kosuta, Cameron | $ 141.91 |
| 961 | Kotraba, Kathryn | $ 27.55 |
| 962 | Kozemczak, Joey | $ 25.00 |
| 963 | Krachey, Samantha | $ 71.68 |
| 964 | Krauter, Katherine | $ 25.00 |
| 965 | Kriss, Brandon | $ 85.13 |
| 966 | Kristich, Lauren | $ 468.67 |
| 967 | Kronert, Benjamin | $ 425.69 |
| 968 | Krull, Melanie | $ 555.89 |
| 969 | Krump, Audrey | $ 129.10 |
| 970 | Kruse, Shari | $ 188.29 |
| 971 | Kuehn, Ace | $ 161.12 |
| 972 | Kuehn, Adrian | $ 25.00 |
| 973 | Kuehnel, Kara | $ 31.52 |
| 974 | Kuehnlein, Samantha | $ 25.00 |
| 975 | Kulifay, Jennifer | $ 512.61 |
| 976 | Kuykendall, Hanna | $ 98.71 |
| 977 | La Fata, Lisa | $ 325.32 |
| 978 | LaFrambose, Sherrie | $ 476.16 |
| 979 | Lacefield, Samantha | $ 152.34 |
| 980 | Lachance, Carrie | $ 747.91 |
| 981 | Lacy, Alexis | $ 90.71 |
| 982 | Lacy, Jermaine | $ 59.12 |
| 983 | Lagrand, Sarah | $ 94.18 |
| 984 | Lamb, Alyssa | $ 25.00 |
| 985 | Lambert, Jamika | $ 90.52 |
| 986 | Land, Erin | $ 118.48 |
| 987 | Landry, Gabrielle | $ 25.00 |
| 988 | Landry, Tricia | $ 657.90 |
| 989 | Lane, Brandi | $ 442.45 |
| 990 | Lane, Brianna | $ 68.66 |
| 991 | Lane, Krista | $ 165.68 |
| 992 | Lane, Morgan | $ 132.10 |
| 993 | Laney, Chase | $ 118.74 |
| 994 | Lang, Mikayla | $ 94.37 |
| 995 | Langland, Danielle | $ 81.66 |
| 996 | Lansford, Andrea | $ 87.54 |
| 997 | Larkin, Stephanie | $ 469.73 |
| 998 | Larson, Lauren | $ 395.31 |
| 999 | Larue, Megan | $ 25.00 |
| 1000 | Lashley, Alexis | $ 309.60 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

| | Employee | Settlement Award |
|---|---|---|
| 1001 | Latarewicz, Keagan | $ 26.58 |
| 1002 | Latham, Courtney | $ 258.84 |
| 1003 | Latham, Danielle | $ 138.04 |
| 1004 | Lathan-Burse, Victoria | $ 47.10 |
| 1005 | Latimer, Kathryn | $ 69.42 |
| 1006 | Lauenstein, Aaron | $ 161.88 |
| 1007 | Lavergne, Jess | $ 65.18 |
| 1008 | Lawhorn, Kristin | $ 91.88 |
| 1009 | Lawler, Maureen | $ 55.27 |
| 1010 | Lawless, Maria | $ 95.54 |
| 1011 | Lawrence, Joseph | $ 67.69 |
| 1012 | Lawrence, Rebecca | $ 64.53 |
| 1013 | Laws, Jeremy | $ 173.39 |
| 1014 | Lawson, Danielle | $ 100.11 |
| 1015 | Lawson, Donovan | $ 169.56 |
| 1016 | Lawson, Nicole | $ 42.19 |
| 1017 | Layton, Allyson | $ 75.36 |
| 1018 | Learnan, Caitlin | $ 169.88 |
| 1019 | Leatherberry, Deanne | $ 195.64 |
| 1020 | Leavell, Jia | $ 357.05 |
| 1021 | Lee, Julia | $ 45.08 |
| 1022 | Lee, Robyn | $ 216.34 |
| 1023 | Leeker, Shelby | $ 183.93 |
| 1024 | Leenerts, Kate | $ 168.77 |
| 1025 | Left Hand, Haleigh | $ 25.00 |
| 1026 | Leiberton, Elizabeth | $ 25.00 |
| 1027 | Lemke, Wendy | $ 25.00 |
| 1028 | Lemp, Samantha | $ 223.15 |
| 1029 | Lenox, Elizabeth | $ 51.02 |
| 1030 | Levin, Natalya | $ 271.62 |
| 1031 | Levinson, Suzanne | $ 25.00 |
| 1032 | Lewis, Amanda | $ 83.44 |
| 1033 | Lewis, Kayla | $ 417.80 |
| 1034 | Lewis, Nicole | $ 168.59 |
| 1035 | Lewis, Syndal | $ 406.92 |
| 1036 | L'Hommedieu, Mackenzie | $ 178.46 |
| 1037 | Lichtenberger, Dana | $ 183.45 |
| 1038 | Liesman, Kehri | $ 83.11 |
| 1039 | Likes, Rachel | $ 234.46 |
| 1040 | Linck, Amy | $ 264.86 |
| 1041 | Linck, Elizabeth | $ 25.00 |
| 1042 | Lindsey, Katie | $ 402.02 |
| 1043 | Lindsley, Marlowe | $ 194.83 |
| 1044 | Lingle, Lindsay | $ 25.00 |
| 1045 | Linhares, Libby | $ 25.00 |
| 1046 | Linkogel, Kristen | $ 377.44 |
| 1047 | Little, Megan | $ 54.35 |
| 1048 | Little, Victoria | $ 363.95 |
| 1049 | Litty, Makayla | $ 89.58 |
| 1050 | Liu, Marilyn | $ 343.85 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|      | Employee | Settlement Award |
|------|----------|------------------|
| 1051 | Locklear, Jason | $ 299.58 |
| 1052 | Lockridge, Cicely | $ 25.00 |
| 1053 | Loebel, Alexa | $ 25.00 |
| 1054 | Loehrer, Rebecca | $ 242.87 |
| 1055 | Loemker, Ann | $ 83.13 |
| 1056 | Lofquist, Shienna | $ 81.69 |
| 1057 | Logomasini, Sophia | $ 57.32 |
| 1058 | Lokshin, Inessa | $ 75.93 |
| 1059 | Long, Jacqueline | $ 25.00 |
| 1060 | Long, Jaqueline | $ 25.00 |
| 1061 | Long, Nathan | $ 220.85 |
| 1062 | Looney, Mary Eliza | $ 44.99 |
| 1063 | Lopez, Ashley | $ 37.12 |
| 1064 | Lopez, Sarah | $ 424.39 |
| 1065 | Lorraine, Melissa | $ 380.29 |
| 1066 | Loter, Abbie | $ 119.55 |
| 1067 | Loucks, Kayla | $ 68.55 |
| 1068 | Love, Catherine | $ 782.59 |
| 1069 | Love, Natalya | $ 597.43 |
| 1070 | Lovelace, Lucy | $ 25.00 |
| 1071 | Lovett, Shane | $ 70.18 |
| 1072 | Lowe, Catelyn | $ 25.00 |
| 1073 | Lucas, Amanda | $ 145.81 |
| 1074 | Lucier, Peter | $ 178.60 |
| 1075 | Luebbert, David | $ 65.64 |
| 1076 | Lupardus, Amy | $ 134.16 |
| 1077 | Luttrell, Kloe | $ 49.70 |
| 1078 | Lutz, Jessica | $ 191.26 |
| 1079 | Lynch, Tanya | $ 109.72 |
| 1080 | Maak, Larry, | $ 125.31 |
| 1081 | Mabery, Ciara | $ 121.90 |
| 1082 | Machino, Katlyn | $ 155.35 |
| 1083 | Mackenzie, Hannah | $ 630.32 |
| 1084 | Macomber, Caylin | $ 196.63 |
| 1085 | Macon, Heather | $ 70.35 |
| 1086 | Madden, Erica | $ 70.69 |
| 1087 | Madlinger, Emilee | $ 25.00 |
| 1088 | Madsen, Kelsey | $ 58.40 |
| 1089 | Magee, Jessica | $ 232.03 |
| 1090 | Main, Christina | $ 690.98 |
| 1091 | Malicoat, Rachel | $ 851.64 |
| 1092 | Malin, Nikki | $ 261.34 |
| 1093 | Malone, Tramez | $ 417.91 |
| 1094 | Maloney, Kelsy | $ 247.46 |
| 1095 | Mann, Elisabeth | $ 102.05 |
| 1096 | Manning-Obrien, Darcie | $ 25.00 |
| 1097 | Manno, Amanda | $ 34.94 |
| 1098 | Manns, Rachel | $ 627.20 |
| 1099 | Mansfield, Amanda | $ 25.00 |
| 1100 | Mantia, Jessica | $ 490.76 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|      | Employee | Settlement Award |
|------|----------|------------------|
| 1101 | Marhsall, Brandon | $ 25.00 |
| 1102 | Marino, Casey | $ 617.58 |
| 1103 | Marks, Katie | $ 68.53 |
| 1104 | Markway, Daryan | $ 81.99 |
| 1105 | Marotta, Dominique | $ 69.06 |
| 1106 | Marsh, Elissa | $ 49.35 |
| 1107 | Marsh, Jason | $ 32.72 |
| 1108 | Marshall, Brandon | $ 328.28 |
| 1109 | Marshall, Gabriella | $ 25.00 |
| 1110 | Marshall, Ryan | $ 68.65 |
| 1111 | Marshall, Sara | $ 670.47 |
| 1112 | Marti, Grace | $ 82.87 |
| 1113 | Martin, Aspen | $ 289.52 |
| 1114 | Martin, Kayla | $ 52.53 |
| 1115 | Martin, Megan | $ 73.67 |
| 1116 | Martin, Zachary | $ 548.40 |
| 1117 | martinez, Jazzmine | $ 162.37 |
| 1118 | Martinez, Melissa | $ 25.00 |
| 1119 | Martire, Kayla | $ 75.44 |
| 1120 | Marx, Savannah | $ 48.58 |
| 1121 | Mason, Tyler | $ 36.70 |
| 1122 | Matheny, Krystal | $ 162.89 |
| 1123 | Mathis, Gina | $ 149.09 |
| 1124 | Mathon, Anna | $ 25.00 |
| 1125 | Matlock, Nicole | $ 462.15 |
| 1126 | Matlock, Samantha | $ 25.00 |
| 1127 | Matteoni, Bridget | $ 101.80 |
| 1128 | Mattingly, Alma | $ 33.91 |
| 1129 | Mattingly, Kari | $ 553.73 |
| 1130 | Mattingly, Mercedes | $ 790.74 |
| 1131 | Maune', Amber | $ 121.69 |
| 1132 | May, Kelsey | $ 43.44 |
| 1133 | Mayfield, Katie | $ 29.44 |
| 1134 | McAdon, Lauren | $ 26.09 |
| 1135 | McCaffery, Molly | $ 74.25 |
| 1136 | Mccallister, Christophe | $ 481.46 |
| 1137 | Mccarter, Fatara | $ 25.00 |
| 1138 | McCarty, Lindsey | $ 25.00 |
| 1139 | Mccglothlin, Dianna | $ 41.58 |
| 1140 | Mccloud, Desirae | $ 302.26 |
| 1141 | Mccole, Maryssa | $ 259.17 |
| 1142 | Mccord, Elizabeth | $ 51.11 |
| 1143 | Mccormack, Tim | $ 170.13 |
| 1144 | Mccormick-Herbe, Taylor | $ 297.76 |
| 1145 | Mccoy, Adrianna | $ 49.58 |
| 1146 | Mccullen, Andreana | $ 25.00 |
| 1147 | Mcculley, Jody | $ 25.00 |
| 1148 | Mccullough, Rachael | $ 25.00 |
| 1149 | Mcdaniel, Carey | $ 57.75 |
| 1150 | Mcdonald, Meghan | $ 45.97 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

| | Employee | Settlement Award |
|---|---|---|
| 1151 | Mcdonnell, Caitlin | $ 25.00 |
| 1152 | McDowell, Alisha | $ 25.00 |
| 1153 | Mcdowell, Charles | $ 25.00 |
| 1154 | Mcdowell, Randi | $ 25.00 |
| 1155 | McElroy, Allyson | $ 40.43 |
| 1156 | Mcfarland, Anna | $ 205.63 |
| 1157 | McFarland, Emma | $ 25.00 |
| 1158 | Mcgee, Kelsey | $ 286.64 |
| 1159 | McGinnis, Brittany | $ 25.00 |
| 1160 | McGinnis, Molly | $ 41.80 |
| 1161 | Mcgrath, Erin | $ 96.98 |
| 1162 | McGuire, Heather | $ 233.33 |
| 1163 | Mcindoe, Kc | $ 133.81 |
| 1164 | Mckee, Adriana | $ 86.94 |
| 1165 | Mckeirnan, Danielle | $ 25.00 |
| 1166 | McKenzie, Hannah | $ 428.39 |
| 1167 | Mckibben, Jennifer | $ 1,035.29 |
| 1168 | Mckiddy, Brittni | $ 164.38 |
| 1169 | Mcleod, Chelsey | $ 80.63 |
| 1170 | Mcmahon, Kristian | $ 115.42 |
| 1171 | Mcmurran, Kelsey | $ 61.96 |
| 1172 | Mcnutt, Shalonda | $ 110.72 |
| 1173 | Mcpartland, John | $ 25.00 |
| 1174 | Mcsweeney, Kelley | $ 32.64 |
| 1175 | Meador, Samantha | $ 265.57 |
| 1176 | Meadows, Samantha | $ 94.36 |
| 1177 | Medder, Alexandria | $ 86.17 |
| 1178 | Meek, Ryan | $ 593.92 |
| 1179 | Meeker, Corey | $ 88.05 |
| 1180 | Meeks, Crystal | $ 179.90 |
| 1181 | Meister, Christie | $ 73.07 |
| 1182 | Melching Jr, Greg | $ 25.00 |
| 1183 | Melenbach, Samantha | $ 397.70 |
| 1184 | Mellin, Katrina | $ 86.30 |
| 1185 | Mena, Jesslyn | $ 154.03 |
| 1186 | Mendes, Christophe | $ 168.68 |
| 1187 | mendez, elena | $ 43.99 |
| 1188 | Mendoza, Mia | $ 106.12 |
| 1189 | Menke, Ben | $ 345.37 |
| 1190 | Menke, Kate | $ 55.97 |
| 1191 | Menning, Lauren | $ 303.86 |
| 1192 | Merry, Maria | $ 57.70 |
| 1193 | Merryman, Angelica | $ 89.02 |
| 1194 | Merx, Tamara | $ 25.00 |
| 1195 | Metcalf, Haley | $ 30.63 |
| 1196 | Metcalf, Tyler | $ 337.49 |
| 1197 | Meyer, Jessica | $ 41.37 |
| 1198 | Meyers, Alexis | $ 632.51 |
| 1199 | Meyers-Schroeder, Brant | $ 68.18 |
| 1200 | Middleton, Cyrstal | $ 117.86 |

Davis v. A Sure Wing LLC
Settlement Agreement
Exhibit A

| | Employee | Settlement Award |
|---|---|---|
| 1201 | Miles, Taylor | $ 175.18 |
| 1202 | Miller, Allison | $ 25.00 |
| 1203 | Miller, Alyssa | $ 67.89 |
| 1204 | Miller, Andrea | $ 866.26 |
| 1205 | Miller, Austin | $ 421.35 |
| 1206 | Miller, Brittany | $ 25.00 |
| 1207 | Miller, Jasmine | $ 75.25 |
| 1208 | Miller, Jessicka | $ 44.81 |
| 1209 | Miller, Katherine | $ 162.80 |
| 1210 | Miller, Micha | $ 36.11 |
| 1211 | Miller, Samantha | $ 186.19 |
| 1212 | Miller, Tarah | $ 25.00 |
| 1213 | Milligan, Elizabeth | $ 251.44 |
| 1214 | Milligan, Jane | $ 586.41 |
| 1215 | Mills, Jaimie | $ 334.18 |
| 1216 | Mincks, Kristin | $ 48.22 |
| 1217 | Mitalovich, Shawna | $ 25.00 |
| 1218 | Mitchell, Loren | $ 38.50 |
| 1219 | Mitchell, Melanie | $ 618.16 |
| 1220 | Molinaro, Christina | $ 434.56 |
| 1221 | Monda, Tyler | $ 230.39 |
| 1222 | Montgomery, Marisa | $ 25.00 |
| 1223 | Moog, Courtney | $ 676.97 |
| 1224 | Moore, Ashley | $ 129.83 |
| 1225 | Moore, Courtney | $ 308.62 |
| 1226 | Moore, De'asha | $ 112.22 |
| 1227 | Moore, Tiffany | $ 293.82 |
| 1228 | Morales, Christie | $ 1,000.36 |
| 1229 | Morawiec, Aurelie | $ 356.77 |
| 1230 | Morisette, Shelby | $ 25.00 |
| 1231 | Moritz, Brittany | $ 337.73 |
| 1232 | Morris, Emilie | $ 25.00 |
| 1233 | Morris, Lindsey | $ 96.77 |
| 1234 | Morris, Tara | $ 25.00 |
| 1235 | Morrow, Quentin | $ 68.91 |
| 1236 | Morton, Madisyn | $ 57.06 |
| 1237 | Morton, Megan | $ 141.91 |
| 1238 | Moser, Emily | $ 265.82 |
| 1239 | Moses, Emily | $ 194.01 |
| 1240 | Mosley, Katy | $ 55.98 |
| 1241 | Moynihan, Angela | $ 59.68 |
| 1242 | Mudd, Sarah | $ 25.00 |
| 1243 | Muehlheausler, Leah | $ 80.05 |
| 1244 | Mueller, Angela | $ 57.53 |
| 1245 | Murillo, Josue | $ 249.03 |
| 1246 | Murphy, Marcy | $ 334.95 |
| 1247 | Murrell, Sarah | $ 355.85 |
| 1248 | Musgrove, Chanteia | $ 77.14 |
| 1249 | Mutz, Shasta | $ 130.72 |
| 1250 | Mwaikinda, Sekela | $ 209.21 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

| | Employee | Settlement Award |
|---|---|---|
| 1251 | Myers, Erica | $ 25.00 |
| 1252 | Nadeau, Steve | $ 232.04 |
| 1253 | Nash, Nathaniel | $ 891.31 |
| 1254 | Natalino, Ryan | $ 130.82 |
| 1255 | Neill, Jordan | $ 330.69 |
| 1256 | Nelson, Ronishea | $ 25.00 |
| 1257 | Nelson, Stephanie | $ 372.48 |
| 1258 | Nessling, Elizabeth | $ 264.82 |
| 1259 | Nettesheim, Scott | $ 169.48 |
| 1260 | Neubauer, Jacob | $ 56.88 |
| 1261 | Newcomb, Alexis | $ 155.99 |
| 1262 | Newman, Carrie | $ 38.66 |
| 1263 | Newman, Michelle | $ 27.65 |
| 1264 | Newson, Micheal | $ 964.22 |
| 1265 | Nguyen, Hieu | $ 878.16 |
| 1266 | Nichols, Jennifer | $ 25.00 |
| 1267 | Nichols, Nicole | $ 28.99 |
| 1268 | Niebur, Mary | $ 119.66 |
| 1269 | Niehoff, Alexis | $ 200.66 |
| 1270 | Nierman, Monica | $ 47.54 |
| 1271 | Nilges, Casey | $ 25.00 |
| 1272 | Nilges, Kassandra | $ 25.00 |
| 1273 | Nilges, Skylar | $ 25.00 |
| 1274 | Noble, Alexa | $ 325.14 |
| 1275 | Noble, Julia | $ 328.18 |
| 1276 | Noland, Hailey | $ 32.50 |
| 1277 | Noldon, Megan | $ 107.43 |
| 1278 | Norman, Rachel | $ 64.60 |
| 1279 | North, Katherine | $ 25.00 |
| 1280 | Nothstine, Amanda | $ 444.62 |
| 1281 | Nozawa, Kimi | $ 335.86 |
| 1282 | Nunn, Carli | $ 606.57 |
| 1283 | Nunn-Faron, Elizabeth | $ 276.49 |
| 1284 | Oballa, Joshua | $ 140.65 |
| 1285 | O'brien, Anna | $ 573.90 |
| 1286 | O'brien, Kajsa | $ 115.39 |
| 1287 | O'brien, Luke | $ 511.15 |
| 1288 | Ochs, Brittany | $ 25.00 |
| 1289 | O'day, Catherine | $ 25.00 |
| 1290 | O'donnell, Kayla | $ 239.29 |
| 1291 | Oglesby, Josh | $ 25.00 |
| 1292 | Olderman, Claire | $ 147.04 |
| 1293 | Oleary, Molly | $ 25.00 |
| 1294 | O'leary, Molly | $ 311.16 |
| 1295 | O'loughlin, Megan | $ 130.74 |
| 1296 | Olten, Joey | $ 39.52 |
| 1297 | Onstad, Paige | $ 30.81 |
| 1298 | Orf, Austin | $ 51.95 |
| 1299 | Orf, Rachel | $ 262.71 |
| 1300 | Ortmann, Kelsey | $ 25.28 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|      | Employee              | Settlement Award |
|------|-----------------------|------------------|
| 1301 | Ortner, Michelle      | $        379.73  |
| 1302 | Osantowske, Katherine | $        205.00  |
| 1303 | O'shea, Darby         | $        123.85  |
| 1304 | O'shea, Melissa       | $        128.13  |
| 1305 | Overy, Ashley         | $        121.84  |
| 1306 | Owens, Ashley         | $        279.60  |
| 1307 | Pace, Kristina        | $        283.62  |
| 1308 | Page, Nicole          | $         99.52  |
| 1309 | Paglusch, Rebecca     | $         25.00  |
| 1310 | Palas, Olivia         | $         81.45  |
| 1311 | Palm, Abigail         | $         62.67  |
| 1312 | Palmer, Danelle       | $        177.68  |
| 1313 | Palmer, Lacey         | $         34.87  |
| 1314 | Palumbo, Alexis       | $         68.47  |
| 1315 | Panhorst, Tammy       | $        443.86  |
| 1316 | Pappas, Meaghan       | $         60.88  |
| 1317 | Paris, Ashley         | $        245.82  |
| 1318 | Parker, Chelsea       | $        885.00  |
| 1319 | Parker, Garrett       | $         25.00  |
| 1320 | Parker, Jon           | $        524.12  |
| 1321 | Parker, Kirsten       | $        217.42  |
| 1322 | Parker, Lindsey       | $        130.20  |
| 1323 | Parker, Sarah         | $        131.65  |
| 1324 | Parker, Tyler         | $         86.16  |
| 1325 | Parks, Leah           | $         32.38  |
| 1326 | Parra, Jennifer       | $         25.19  |
| 1327 | Parson, Olivia        | $        163.59  |
| 1328 | Parson, Sarah         | $         25.00  |
| 1329 | Parsons, Paige        | $         33.76  |
| 1330 | Paskero, Ashley       | $        141.25  |
| 1331 | Patel, Raj            | $         30.24  |
| 1332 | Patkunas, Brandon     | $        190.90  |
| 1333 | Patrick, Jessa        | $         56.70  |
| 1334 | Patrick, Rachel       | $         25.00  |
| 1335 | Patton, Merikayt      | $        368.16  |
| 1336 | Paule, Megan          | $         84.31  |
| 1337 | Pauley, Melissa       | $        119.36  |
| 1338 | Paulson, Tyler        | $        198.70  |
| 1339 | Pautz, Mollie         | $        336.82  |
| 1340 | Pearson, Joanna       | $        217.67  |
| 1341 | Pearson, Korey        | $         25.00  |
| 1342 | Pearson, Marshai      | $         25.00  |
| 1343 | Peck, Lisa            | $         25.00  |
| 1344 | Peck, Sydne           | $         48.33  |
| 1345 | Peeler, Donna         | $      1,012.28  |
| 1346 | Peeples, Alexandria   | $         30.83  |
| 1347 | Pemberton, Kaitlyn    | $         30.36  |
| 1348 | Penberthy, Amanda     | $         25.00  |
| 1349 | Penn, Ashley          | $        100.57  |
| 1350 | Pennington, Eric      | $        816.51  |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|  | Employee | Settlement Award |
|---|---|---|
| 1351 | Peridore, Haylie | $ 129.98 |
| 1352 | Perkins, Emilio | $ 279.61 |
| 1353 | Perkins, Rico | $ 414.92 |
| 1354 | Perr, Chasity | $ 121.49 |
| 1355 | Perry, Alexandra | $ 217.61 |
| 1356 | Perry, Quinn | $ 280.88 |
| 1357 | Perry, Samantha | $ 668.80 |
| 1358 | Petrovic, Kelsey | $ 25.00 |
| 1359 | Petty, Keri | $ 193.25 |
| 1360 | Phillips, Heidi | $ 343.47 |
| 1361 | Phoebus, Sarah | $ 30.85 |
| 1362 | Phythian, Ariel | $ 232.96 |
| 1363 | Pierce, Kylie | $ 254.39 |
| 1364 | Pigg, Melissa | $ 76.88 |
| 1365 | Pimmel, Danielle | $ 53.58 |
| 1366 | Pingleton, Cheryl | $ 922.93 |
| 1367 | Pinz, Hailey | $ 110.56 |
| 1368 | Pitchford, Corey | $ 63.99 |
| 1369 | Pitchford, Lindsey | $ 74.51 |
| 1370 | Pitti, Monica | $ 596.84 |
| 1371 | pitts, shane | $ 152.31 |
| 1372 | Platoff, Ashly | $ 517.70 |
| 1373 | Platte, Elizabeth | $ 25.00 |
| 1374 | Poe, Aleah | $ 45.50 |
| 1375 | Poe, Ryan | $ 59.37 |
| 1376 | Poitra, Konnor | $ 463.85 |
| 1377 | Pokorney, Tara | $ 259.95 |
| 1378 | Polkaew, Waranpat | $ 131.04 |
| 1379 | Pool, Laura | $ 45.08 |
| 1380 | Porowski, Kiersten | $ 87.22 |
| 1381 | Porter, Aundrea | $ 25.00 |
| 1382 | Porter, Stephen | $ 41.40 |
| 1383 | Porter, Taylor | $ 530.78 |
| 1384 | Post, Regan | $ 91.31 |
| 1385 | Postol, Sari | $ 250.17 |
| 1386 | Poston, Arah | $ 162.29 |
| 1387 | Poteet, Amanda | $ 25.00 |
| 1388 | Pound, Jacqueline | $ 25.00 |
| 1389 | Powell, Jasmine | $ 160.06 |
| 1390 | Powell, Samantha | $ 132.94 |
| 1391 | Powers, Sarah | $ 25.00 |
| 1392 | Precht, Mollie | $ 25.00 |
| 1393 | Preuss, Maria | $ 25.00 |
| 1394 | Prinster, Diane | $ 132.66 |
| 1395 | Prmonitz, Jaimie | $ 124.83 |
| 1396 | Procasky, Breanna | $ 84.45 |
| 1397 | Provine, Audrey | $ 64.62 |
| 1398 | Pruitt, Kayhla | $ 25.00 |
| 1399 | Pruitt, Kaylee | $ 380.25 |
| 1400 | Puhrmann, Paige | $ 27.49 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|      | Employee              | Settlement Award |
|------|-----------------------|-----------------:|
| 1401 | Pulver, Brian         | $        25.56   |
| 1402 | Pupillo, Anna         | $       146.85   |
| 1403 | Purcell, Amy          | $        25.00   |
| 1404 | Putnam, Stephanie     | $       203.22   |
| 1405 | Pyatt, Rebeka         | $        25.00   |
| 1406 | Quick, Cheyenne       | $       171.82   |
| 1407 | Quin, Devon           | $        25.00   |
| 1408 | Rabeck, Michelle      | $       100.71   |
| 1409 | Rachal, Chris         | $        25.00   |
| 1410 | Radmer, Jordan        | $       396.38   |
| 1411 | Ragsdale, Kendra      | $       518.54   |
| 1412 | Rahing, Anna          | $       137.24   |
| 1413 | Rahmani, Mitra        | $        41.39   |
| 1414 | Raines, Sarah         | $       628.52   |
| 1415 | Raithel, Kelly        | $       214.14   |
| 1416 | Ramirez, Erika        | $        29.38   |
| 1417 | Ramos, Desiree        | $        51.27   |
| 1418 | Rao, Jamie            | $        32.03   |
| 1419 | Rask, Katie           | $       248.77   |
| 1420 | Rasmussen, Lindsay    | $       438.94   |
| 1421 | Ray, Brittney         | $        25.00   |
| 1422 | Ray, Stephanie        | $       382.17   |
| 1423 | Readenour, Stacey     | $        73.65   |
| 1424 | Reamer, Catrina       | $       839.39   |
| 1425 | Recker, Alexandria    | $       299.09   |
| 1426 | Redman, Jamie         | $        25.00   |
| 1427 | Redmon, Sierra        | $       177.49   |
| 1428 | Reecer, Brittney      | $        46.44   |
| 1429 | Reed, Heather         | $        32.11   |
| 1430 | Reed, Jessica         | $        25.00   |
| 1431 | Reeder, Jody          | $       212.41   |
| 1432 | Regan, Kim            | $        84.99   |
| 1433 | Reichardt, Chloe      | $       530.59   |
| 1434 | Reiss, Sarah          | $        37.59   |
| 1435 | Rellergert, Alexander | $        25.00   |
| 1436 | Remming, Elizabeth    | $        44.86   |
| 1437 | Rendak, Brittany      | $       174.23   |
| 1438 | Renner, nicole        | $       463.19   |
| 1439 | Retter, Megan         | $       239.83   |
| 1440 | Reuter, Stacy         | $        25.00   |
| 1441 | Reyes, Ryan           | $       108.39   |
| 1442 | Reynolds, Robin       | $        48.34   |
| 1443 | Rhein, Samantha       | $        25.00   |
| 1444 | Rhoades, Annie        | $        69.82   |
| 1445 | Rhoades, Sabrina      | $        58.70   |
| 1446 | Rhodenbaugh, Courtney | $       300.37   |
| 1447 | Rhodes, Tracy         | $       379.39   |
| 1448 | Rhone, Marquitta      | $        34.68   |
| 1449 | Rice, Courtney        | $       115.77   |
| 1450 | Richardson, Emily     | $       181.26   |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|      | Employee              | Settlement Award |
|------|-----------------------|------------------|
| 1451 | Richardson, Hayley    | $        118.46  |
| 1452 | Richardson, Jennifer  | $         25.00  |
| 1453 | Richmond, Maggie      | $        274.55  |
| 1454 | Ried, Natalie         | $         36.41  |
| 1455 | Rife, Mary            | $        919.96  |
| 1456 | Rigdon, Courtney      | $         57.65  |
| 1457 | Riley, Kayla          | $        402.06  |
| 1458 | Rinda, Taylor         | $         49.67  |
| 1459 | Ring, Krystle         | $        536.64  |
| 1460 | Riordan, Jenna        | $        588.97  |
| 1461 | Ritchie, Trevor       | $        419.26  |
| 1462 | Rivera, Cassie        | $        122.77  |
| 1463 | Rivera, Karina        | $        408.50  |
| 1464 | Rizza, Aubree         | $        281.54  |
| 1465 | Roa, Mayela           | $         54.22  |
| 1466 | Robbins, Rebekah      | $        444.03  |
| 1467 | Roberds, Megan        | $         38.93  |
| 1468 | Roberts, Christa      | $         25.00  |
| 1469 | Roberts, Jimmy        | $        326.00  |
| 1470 | Roberts, Kellie       | $        161.99  |
| 1471 | Roberts, Timothy      | $         68.66  |
| 1472 | Robertson, Kyle       | $         25.00  |
| 1473 | Robins, Chelsea       | $         95.82  |
| 1474 | Robinson, Alexis      | $        175.06  |
| 1475 | Robinson, Lauren      | $         66.71  |
| 1476 | Robinson, Stephen     | $        146.36  |
| 1477 | Robinson, Tory        | $         92.66  |
| 1478 | Rodgers, Aaron        | $        132.76  |
| 1479 | Rodriguez, Emilio     | $        201.51  |
| 1480 | Rodriquez, Kristen    | $         78.44  |
| 1481 | Roe, Jacob            | $        139.42  |
| 1482 | Rogers, Kendra        | $         25.00  |
| 1483 | Rolfes, Courtney      | $         60.28  |
| 1484 | Rolwes, Amanda        | $         57.40  |
| 1485 | Rose, Alyssa          | $        116.15  |
| 1486 | Rose, Cora            | $         25.00  |
| 1487 | Rose, Hailey          | $         25.00  |
| 1488 | Rosemann, Melissa     | $        236.22  |
| 1489 | Ross, Cody            | $        123.55  |
| 1490 | Ross, Danielle        | $        352.20  |
| 1491 | Ross, Nicky           | $         28.85  |
| 1492 | Ross, Paige           | $        234.21  |
| 1493 | Ross, Sabrina         | $         25.00  |
| 1494 | Roth, Kendra          | $         25.00  |
| 1495 | Rowden, Victoria      | $         31.34  |
| 1496 | Rowe, Kelsey          | $        293.66  |
| 1497 | Rowe, Morgan          | $        198.20  |
| 1498 | Rozier, Emily         | $         25.00  |
| 1499 | Rucker, Jodie         | $         25.00  |
| 1500 | Ruckman, Kathryn      | $         82.39  |

Davis v. A Sure Wing LLC
Settlement Agreement
Exhibit A

|  | Employee | Settlement Award |
|---|---|---|
| 1501 | Ruff, Ariel | $ 215.17 |
| 1502 | Runyon, Adam | $ 85.42 |
| 1503 | Ruppel, Rachel | $ 58.32 |
| 1504 | Rush, Katherine | $ 25.00 |
| 1505 | Russell, Ashleigh | $ 25.00 |
| 1506 | Russell, Courtney | $ 89.19 |
| 1507 | Rutledge, Sammantha | $ 25.00 |
| 1508 | Ruzicka, Elizabeth | $ 142.67 |
| 1509 | Sabri, Jasmine | $ 120.18 |
| 1510 | Salihovic, Asmira | $ 596.39 |
| 1511 | Salihovic, Mira | $ 25.00 |
| 1512 | Sanazaro, Jessica | $ 45.02 |
| 1513 | Sandbrink, Valerie | $ 588.77 |
| 1514 | Sanders, Christine | $ 394.87 |
| 1515 | Sanders, Jade | $ 55.30 |
| 1516 | Sanders, Melissa | $ 889.62 |
| 1517 | Sanders, Morgan | $ 51.70 |
| 1518 | Sandknop, Katherine | $ 72.92 |
| 1519 | Sanner, Caroline | $ 25.35 |
| 1520 | Sante, Madison | $ 41.58 |
| 1521 | Sasek, Jordan | $ 576.73 |
| 1522 | Saunders, Kimberly | $ 62.48 |
| 1523 | Savio, Kayla | $ 92.37 |
| 1524 | Schaefer, Dana | $ 369.00 |
| 1525 | Schaefer, Shaunna | $ 89.67 |
| 1526 | Schalk, Elizabeth | $ 284.76 |
| 1527 | Schallert, Hope | $ 129.40 |
| 1528 | Scherer, Jeanette | $ 25.00 |
| 1529 | Scherer, Samantha | $ 285.25 |
| 1530 | Schilling, Latrease | $ 281.22 |
| 1531 | Schlueter, Amanda | $ 589.47 |
| 1532 | Schmidt, Emily | $ 123.75 |
| 1533 | Schmidt, Kirsten | $ 110.31 |
| 1534 | Schmidt, Stephanie | $ 25.00 |
| 1535 | Schmitt, Alicia | $ 39.16 |
| 1536 | Schneck, Breana | $ 166.76 |
| 1537 | Schneider, Stephanie | $ 211.06 |
| 1538 | Schnieders, Julia | $ 52.16 |
| 1539 | Schnur, Mark | $ 238.87 |
| 1540 | Schodroski, Amanda | $ 87.10 |
| 1541 | Schoonover, Terry | $ 25.00 |
| 1542 | Schroff, Haley | $ 187.86 |
| 1543 | Schueler, Brooke | $ 63.16 |
| 1544 | Schuh, Amber | $ 154.94 |
| 1545 | Schuh, Ashleigh | $ 136.38 |
| 1546 | Schultz, Kayla | $ 106.33 |
| 1547 | Schultz, Tiffany | $ 618.60 |
| 1548 | Schulze, Jamie | $ 84.08 |
| 1549 | Schum, Lana | $ 48.94 |
| 1550 | Schum, Whitney | $ 172.17 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|  | Employee | Settlement Award |
|---|---|---|
| 1551 | Schumer, Cortney | $ 224.04 |
| 1552 | Schuppe, Sabrina | $ 51.56 |
| 1553 | Schuster, Natasha | $ 419.53 |
| 1554 | Schwartz, Meagan | $ 102.36 |
| 1555 | Schwartze, Olivia | $ 177.88 |
| 1556 | Schweigert, Gail | $ 43.23 |
| 1557 | Scott, Ayanna | $ 172.28 |
| 1558 | Scott, Erica | $ 42.89 |
| 1559 | Scott, Lauren | $ 190.14 |
| 1560 | Scott, Sydney | $ 130.53 |
| 1561 | Scott, Taylor | $ 25.00 |
| 1562 | Scott, Whitney | $ 141.47 |
| 1563 | Scotting, Ashley | $ 81.15 |
| 1564 | Scruton, Amber | $ 74.22 |
| 1565 | Seaford, Andrew | $ 167.14 |
| 1566 | Sechrest, Barbara | $ 59.07 |
| 1567 | sederes, Maria | $ 827.05 |
| 1568 | Seider, Amanda | $ 427.98 |
| 1569 | Selbert, Brigette | $ 25.00 |
| 1570 | Semanik, Stephanie | $ 264.18 |
| 1571 | Serfass, Carlee | $ 204.92 |
| 1572 | Serfass, Chelsea | $ 727.31 |
| 1573 | Severine, Amanda | $ 546.78 |
| 1574 | Sevier, Nichole | $ 25.00 |
| 1575 | Shackleford, Shawnika | $ 25.00 |
| 1576 | Shadowens, Tiffani | $ 60.97 |
| 1577 | Shaffer, Megan | $ 116.03 |
| 1578 | Shalberg, Jennifer | $ 521.80 |
| 1579 | Shalenko, Lacey | $ 69.06 |
| 1580 | Shannon, Brandon | $ 27.35 |
| 1581 | Sharamitaro, Jennifer | $ 26.90 |
| 1582 | Shaw, Eli | $ 77.89 |
| 1583 | Shaysteh, Romina | $ 114.23 |
| 1584 | Shaza, Michelle | $ 25.00 |
| 1585 | Shea, Lauren | $ 323.80 |
| 1586 | Sheehy, Shelbie | $ 768.17 |
| 1587 | Sheer, Nicole | $ 126.77 |
| 1588 | Shegog, Cameron | $ 443.86 |
| 1589 | Shelton, Brandy | $ 49.48 |
| 1590 | Sherwood, Jessica | $ 29.75 |
| 1591 | Sherwood, Tina | $ 62.91 |
| 1592 | Shields, Kelly | $ 284.91 |
| 1593 | Shields, Nicole | $ 32.46 |
| 1594 | Shipley, Laura | $ 223.25 |
| 1595 | Shirley, Sarah | $ 79.63 |
| 1596 | Shuaib, Sarrah | $ 559.57 |
| 1597 | Shull, Dulce | $ 596.97 |
| 1598 | Sides, Hannah | $ 25.00 |
| 1599 | Siebum, Jessica | $ 114.32 |
| 1600 | Sieg, Cory | $ 200.28 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|      | Employee | Settlement Award |
|------|----------|------------------|
| 1601 | Sieker, Jade | $ 25.00 |
| 1602 | Sifrig, Allison | $ 25.00 |
| 1603 | Sigman, Dana | $ 25.00 |
| 1604 | Signaigo, Ashley | $ 139.70 |
| 1605 | Sileo, Carla | $ 210.98 |
| 1606 | Siler, Kwanchai | $ 540.01 |
| 1607 | Simmons, Reanne | $ 64.18 |
| 1608 | Simon, Claire | $ 231.19 |
| 1609 | Simon, Raechel | $ 361.33 |
| 1610 | Simpson, Deyanna | $ 182.10 |
| 1611 | Simpson, Tiffany | $ 543.38 |
| 1612 | Sims, Logan | $ 50.20 |
| 1613 | Singharath, Joy | $ 623.94 |
| 1614 | Singler, Michele | $ 260.72 |
| 1615 | Singleton, Cassandra | $ 164.53 |
| 1616 | Sitze, Savannah | $ 146.54 |
| 1617 | Skaggs, Crystal | $ 119.74 |
| 1618 | Skees, Stephanie | $ 25.00 |
| 1619 | Skrabacz, Stephanie | $ 237.71 |
| 1620 | Skulman, Laura | $ 25.00 |
| 1621 | Slay, Lindsey | $ 74.17 |
| 1622 | Smith, Ashley | $ 196.91 |
| 1623 | Smith, Bianca | $ 25.00 |
| 1624 | Smith, Breeanna | $ 105.34 |
| 1625 | Smith, Emily | $ 26.84 |
| 1626 | Smith, Felisha | $ 49.92 |
| 1627 | Smith, Hope | $ 174.33 |
| 1628 | Smith, Kaila | $ 297.19 |
| 1629 | Smith, Lauren | $ 250.10 |
| 1630 | Smith, Leeann | $ 270.29 |
| 1631 | Smith, Mechelle | $ 47.68 |
| 1632 | Smith, Rebecca | $ 40.87 |
| 1633 | Smith, Samantha | $ 50.45 |
| 1634 | Smith, Tiffany | $ 40.63 |
| 1635 | Smith, Victoria | $ 350.88 |
| 1636 | Smugala, Kaitlyn | $ 109.02 |
| 1637 | snodgrass, jenna | $ 126.54 |
| 1638 | Snow, Alexandra | $ 162.74 |
| 1639 | Snow, Tierra | $ 46.45 |
| 1640 | Snyder, Abigael | $ 25.00 |
| 1641 | Snyder, Kristin | $ 98.22 |
| 1642 | Snyder, Kristinr | $ 25.00 |
| 1643 | Sockow, Tesia | $ 25.00 |
| 1644 | Soptick, Amanda | $ 60.56 |
| 1645 | Southerland, Courtney | $ 75.60 |
| 1646 | Sparks-Schuler, Jazmyn | $ 182.95 |
| 1647 | Spearman, Alyssa | $ 25.00 |
| 1648 | Spell, Amanda | $ 121.81 |
| 1649 | Spencer, Kari | $ 106.30 |
| 1650 | Spencer, Sierra | $ 72.05 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|  | Employee | Settlement Award |
|---|---|---|
| 1651 | Speno, Kenyatta | $ 75.75 |
| 1652 | Spies, Jessica | $ 117.43 |
| 1653 | Spiro, Brittany | $ 812.80 |
| 1654 | Spreckelmeyer, Ashley | $ 118.53 |
| 1655 | Sproat, Michelle | $ 330.69 |
| 1656 | Squires, Miryah | $ 368.50 |
| 1657 | Staats, Haley | $ 621.33 |
| 1658 | Stabenow, Mackenzie | $ 121.59 |
| 1659 | Stafford, Maegan | $ 50.16 |
| 1660 | Stanart, Kaitlin | $ 25.00 |
| 1661 | Stapf, Chelsea | $ 841.98 |
| 1662 | Stark, Lance | $ 159.08 |
| 1663 | Staten, Jasmine | $ 309.19 |
| 1664 | Stauffer, Caitlin | $ 42.78 |
| 1665 | Stauffer, Stephanie | $ 104.23 |
| 1666 | Stech, Dustin | $ 26.16 |
| 1667 | Steinkamp, Cassidy | $ 231.61 |
| 1668 | Stengel, Heather | $ 66.82 |
| 1669 | Stennes, Lily | $ 59.19 |
| 1670 | Stepetin, Jordyn | $ 519.22 |
| 1671 | Stephenson, Chanel | $ 27.11 |
| 1672 | Stephenson, Christain | $ 321.46 |
| 1673 | Stevens, Anthony | $ 25.37 |
| 1674 | Stevens, Hannah | $ 28.34 |
| 1675 | Stevens, Parker | $ 41.05 |
| 1676 | Steward, Claire | $ 45.64 |
| 1677 | Stewart, Robert | $ 25.00 |
| 1678 | Sticker, Samantha | $ 53.61 |
| 1679 | Stiers, Kristin | $ 25.00 |
| 1680 | Stinson, Jennifer | $ 348.49 |
| 1681 | Stitch, Rebecca | $ 25.00 |
| 1682 | Stoll, Samantha | $ 192.84 |
| 1683 | Stolle, Samantha | $ 25.00 |
| 1684 | Stolzer, Tara | $ 25.00 |
| 1685 | Stone, Kristen | $ 49.27 |
| 1686 | Storts, Kylie | $ 34.11 |
| 1687 | Stotler, Shane | $ 59.21 |
| 1688 | Stout, Jess | $ 310.98 |
| 1689 | Stout, Jessica | $ 25.00 |
| 1690 | Strange, Brook | $ 36.95 |
| 1691 | Strassner, Kelsey | $ 205.35 |
| 1692 | Strate, Addison | $ 328.18 |
| 1693 | Straus, Lindsay | $ 57.86 |
| 1694 | Stricker, Samantha | $ 73.51 |
| 1695 | Strong, Dockeshia | $ 169.48 |
| 1696 | Strope, Caitlin | $ 111.70 |
| 1697 | Stroup, Rachel | $ 405.95 |
| 1698 | Stueckel, Elizabeth | $ 357.99 |
| 1699 | Stumborg, Audrey | $ 522.23 |
| 1700 | Stumpe, Emily | $ 54.66 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|  | Employee | Settlement Award |
|---|---|---|
| 1701 | Suchara, Victoria | $ 84.36 |
| 1702 | Suchland, Kayla | $ 128.31 |
| 1703 | Sullens, Dana | $ 1,101.35 |
| 1704 | Sullins, Taryn | $ 107.91 |
| 1705 | Sullivan, Erin | $ 25.19 |
| 1706 | Sullivan, Renitta | $ 151.13 |
| 1707 | Sumida, Jennifer | $ 429.37 |
| 1708 | Summers, Alyson | $ 25.00 |
| 1709 | Susina, Emily | $ 84.92 |
| 1710 | Sutton, Jessica | $ 812.96 |
| 1711 | Swafford, Amber | $ 107.16 |
| 1712 | Swearingen, Brittany | $ 25.00 |
| 1713 | Swearingen, Nora | $ 34.33 |
| 1714 | Sweazey, Josh | $ 25.00 |
| 1715 | Sweezey, Julian | $ 784.35 |
| 1716 | swyear, Ella | $ 235.55 |
| 1717 | Syrcle, Nathaniel | $ 131.48 |
| 1718 | Tarantino, Megan | $ 50.97 |
| 1719 | Taylor, Brandon | $ 957.11 |
| 1720 | Taylor, Jennifer | $ 641.84 |
| 1721 | Taylor, Sadie | $ 84.54 |
| 1722 | Tebow, Patrick | $ 909.96 |
| 1723 | Teiberis, Kenna | $ 184.21 |
| 1724 | Tempia, Rachel | $ 128.31 |
| 1725 | Terbrock, Briana | $ 395.31 |
| 1726 | Tharp, Casie | $ 82.99 |
| 1727 | Tharp, Kelsey | $ 164.25 |
| 1728 | Thiam, Jameela | $ 393.38 |
| 1729 | Thoele, Tracie | $ 865.95 |
| 1730 | Thomas, Amanda | $ 25.00 |
| 1731 | Thomas, Elise | $ 81.49 |
| 1732 | Thomas, Rachel | $ 66.35 |
| 1733 | Thomas, Tara | $ 635.41 |
| 1734 | Thompson, Cindy | $ 779.66 |
| 1735 | Thompson, Darrell | $ 517.43 |
| 1736 | Thompson, John | $ 641.30 |
| 1737 | Thompson, Kaleigh | $ 77.35 |
| 1738 | Thompson, Rebecca | $ 51.20 |
| 1739 | Thompson, Samantha | $ 25.00 |
| 1740 | Thorpe, Kayla | $ 86.92 |
| 1741 | Thuet, Jason | $ 155.54 |
| 1742 | Tieber, Alec | $ 270.64 |
| 1743 | Tierney, Tim | $ 25.00 |
| 1744 | Tihen, Lauren N | $ 201.01 |
| 1745 | Timmons, Lisa | $ 53.57 |
| 1746 | Tipton, Brittany | $ 73.44 |
| 1747 | Tipton, Jennifer | $ 25.00 |
| 1748 | Tisone, Ryan | $ 59.98 |
| 1749 | Tocco, Tiara | $ 25.00 |
| 1750 | Tomazi, Lauren | $ 48.59 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|  | Employee | Settlement Award |
|---|---|---|
| 1751 | Torbitt, Miranda | $ 254.28 |
| 1752 | Torlina, Lauren | $ 991.21 |
| 1753 | Toro, Savannah | $ 25.00 |
| 1754 | Torres, Natalia | $ 109.39 |
| 1755 | Tosie, Kelly | $ 848.07 |
| 1756 | Toth, Kayla | $ 86.42 |
| 1757 | Totten, Patricia | $ 25.00 |
| 1758 | tracy, kimberly | $ 367.22 |
| 1759 | Tracy, Madyson | $ 293.13 |
| 1760 | Trammell, Zachary | $ 29.13 |
| 1761 | Trankler, Sydnee | $ 25.00 |
| 1762 | Trapp, Andrew | $ 253.66 |
| 1763 | Trautwein, Leslie | $ 25.00 |
| 1764 | Treis, Sonya | $ 25.00 |
| 1765 | Trelawney, Garryth | $ 92.35 |
| 1766 | Trent, Melissa | $ 912.69 |
| 1767 | Triplett, Juliana | $ 51.50 |
| 1768 | Trippe, Alexis | $ 47.13 |
| 1769 | Trost, Victoria | $ 37.93 |
| 1770 | Trudell, Stephanie | $ 260.74 |
| 1771 | Trujillo, Diandra | $ 33.10 |
| 1772 | Truster, Andrea | $ 154.32 |
| 1773 | Tuetken, Stephanie | $ 152.92 |
| 1774 | Tunze, Haley | $ 359.60 |
| 1775 | Turner, Bon | $ 82.68 |
| 1776 | Turner, Brittany | $ 529.68 |
| 1777 | Turner, Jerneika | $ 109.09 |
| 1778 | Turner, Lauren | $ 54.96 |
| 1779 | Turner, Tiffany | $ 25.00 |
| 1780 | Turner, Tori | $ 976.47 |
| 1781 | Turney, Sarah | $ 175.88 |
| 1782 | Twitty, Dominique | $ 40.76 |
| 1783 | Tyler, Casey | $ 656.47 |
| 1784 | Tyler, Lauren | $ 357.71 |
| 1785 | Tyler, Tyler | $ 25.00 |
| 1786 | Tyree, Keli | $ 30.53 |
| 1787 | Underdown, Carley | $ 100.62 |
| 1788 | Underwood, Mornae | $ 138.04 |
| 1789 | Underwood, Steven | $ 345.86 |
| 1790 | Ungerott, Sydney | $ 312.89 |
| 1791 | Unterreimer, Marie | $ 742.27 |
| 1792 | Urban, Kasey | $ 73.72 |
| 1793 | Usesknife, Elizabeth | $ 25.00 |
| 1794 | Valerio, Justine | $ 25.00 |
| 1795 | Van Camp, Ashley | $ 30.95 |
| 1796 | Van Duyne, Lindsey | $ 142.85 |
| 1797 | Van Nevel, Jaclyn | $ 138.20 |
| 1798 | Van Sambeek, Lindsey | $ 63.91 |
| 1799 | Vance, Alyssa | $ 318.23 |
| 1800 | Vanorder, Loya | $ 25.00 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|  | Employee | Settlement Award |
|---|---|---|
| 1801 | Vansell, Kayla | $ 34.34 |
| 1802 | Varner, Kathryn | $ 215.37 |
| 1803 | Vaughn, Emily | $ 25.00 |
| 1804 | vaughn, jana | $ 25.00 |
| 1805 | Vehlewald, Alicia | $ 65.98 |
| 1806 | Vehlewald, Cathy | $ 707.76 |
| 1807 | Velasco, Jamie | $ 40.93 |
| 1808 | Veltrop, Jessica | $ 88.11 |
| 1809 | Venturella, Megan | $ 143.09 |
| 1810 | Venturella, Nicole | $ 106.79 |
| 1811 | Vierling, Kathy | $ 56.11 |
| 1812 | Vierling, Stephanie | $ 323.26 |
| 1813 | Vignola, Christina | $ 27.10 |
| 1814 | Villarreal, Autumn | $ 62.88 |
| 1815 | Villasenor, Brittany | $ 60.95 |
| 1816 | Vinyard, Jessica | $ 133.45 |
| 1817 | Visage, Tyshaleen | $ 171.38 |
| 1818 | Vlasak, Gabrielle | $ 25.00 |
| 1819 | Vogt, Nicole | $ 1,002.14 |
| 1820 | Volansky, Caroline | $ 25.00 |
| 1821 | Volkman, Courtney | $ 143.41 |
| 1822 | Vollmer, Mariah | $ 27.26 |
| 1823 | Vollmer, Monica | $ 236.08 |
| 1824 | Wade, Sarah | $ 34.58 |
| 1825 | Wager, Brooke | $ 65.19 |
| 1826 | Wagner, Lauren | $ 346.96 |
| 1827 | Wakeman, Rachel | $ 66.95 |
| 1828 | Waldhoff, Brittney | $ 25.00 |
| 1829 | Walker, Cody | $ 191.52 |
| 1830 | Walker, Kinsey | $ 65.28 |
| 1831 | wallace, chyenne | $ 113.80 |
| 1832 | Wallace, Darrell | $ 29.52 |
| 1833 | Wallace, Hannah | $ 77.17 |
| 1834 | Walls Jr, Chris | $ 32.70 |
| 1835 | Walls, Jennifer | $ 530.05 |
| 1836 | Walsh, Brittany | $ 306.22 |
| 1837 | Walsh, Jamie | $ 354.42 |
| 1838 | Walsh, Jessica | $ 25.00 |
| 1839 | Walsh, Stephanie | $ 25.00 |
| 1840 | Walter, Kellie | $ 148.86 |
| 1841 | Waltert, Ruedi | $ 1,058.70 |
| 1842 | Walton, Rey Anne | $ 301.28 |
| 1843 | Walton, Tanya | $ 358.80 |
| 1844 | Wampler, Alison | $ 121.64 |
| 1845 | Wampler, Breanna | $ 25.00 |
| 1846 | Wanner, John | $ 462.31 |
| 1847 | Ward, Alia | $ 305.25 |
| 1848 | Ward, Danielle | $ 25.00 |
| 1849 | Ward, Dariel | $ 166.29 |
| 1850 | Warner, Abigail | $ 77.00 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|  | Employee | Settlement Award |
|---|---|---|
| 1851 | Washington, Hazaria | $ 75.59 |
| 1852 | Wasser, Taylor | $ 66.85 |
| 1853 | Watson, Amanda | $ 34.33 |
| 1854 | Watson, Christopher | $ 184.83 |
| 1855 | Watson, Hannah | $ 138.31 |
| 1856 | Watson, Morgan | $ 89.33 |
| 1857 | Watson, Nicole | $ 114.59 |
| 1858 | Watters, Rebekah | $ 124.47 |
| 1859 | Watts, Spencer | $ 41.73 |
| 1860 | Watz, Travis | $ 219.80 |
| 1861 | Waugh, Sherie | $ 114.65 |
| 1862 | Weaver, Jasmine | $ 75.25 |
| 1863 | Webb, Allison | $ 25.00 |
| 1864 | Webb, Audrey | $ 183.66 |
| 1865 | Webb, Danny | $ 140.34 |
| 1866 | Webb, Hannah | $ 25.00 |
| 1867 | Weber, Callie | $ 58.47 |
| 1868 | Weber, Kameron | $ 259.00 |
| 1869 | Weddington, Megan | $ 25.00 |
| 1870 | Wehmeier, Kayla | $ 839.36 |
| 1871 | Weigand, Amy | $ 236.00 |
| 1872 | Wein, Krystal | $ 415.14 |
| 1873 | Weingartner, Emily | $ 30.96 |
| 1874 | Weishaar, Bryanna | $ 41.05 |
| 1875 | Weitnauer, Kristen | $ 63.44 |
| 1876 | Welborn, Stephanie | $ 729.30 |
| 1877 | Welch, Kelly | $ 996.27 |
| 1878 | Weldon, Bethany | $ 302.70 |
| 1879 | Weller, Joann | $ 57.10 |
| 1880 | Wells, Casey | $ 70.59 |
| 1881 | Wells, Christina | $ 247.25 |
| 1882 | Welsch, Mary | $ 78.45 |
| 1883 | Wendorf, Erin | $ 25.00 |
| 1884 | Wendt Gibson, Heather | $ 25.00 |
| 1885 | Wendt, Taylor | $ 60.72 |
| 1886 | Weseman, Jessica | $ 130.83 |
| 1887 | Westerheide, Kourtnie | $ 255.26 |
| 1888 | Wheat, Timothy | $ 25.00 |
| 1889 | White, Bonita | $ 148.21 |
| 1890 | White, Courtney | $ 132.45 |
| 1891 | White, Kaitlyn | $ 28.74 |
| 1892 | White, Kimberly | $ 71.13 |
| 1893 | White, Robert | $ 150.89 |
| 1894 | WHITE, SAMANTHA | $ 32.46 |
| 1895 | White, Victoria | $ 230.07 |
| 1896 | Whitehouse, Alanna | $ 82.29 |
| 1897 | Whitener, Angelica | $ 322.94 |
| 1898 | Whitmore, Matt | $ 301.83 |
| 1899 | Whitteaker, Kelly | $ 575.07 |
| 1900 | Whitten, Samantha | $ 245.46 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

| | Employee | Settlement Award |
|---|---|---|
| 1901 | Whittington, Allison | $ 196.12 |
| 1902 | Whittington, Hannah | $ 425.99 |
| 1903 | Wicker, Emily | $ 28.35 |
| 1904 | Widdop, Chelsey | $ 390.30 |
| 1905 | Wieda, Alena | $ 334.69 |
| 1906 | Wiedenhoffer, Ashly | $ 314.21 |
| 1907 | Wilborn, Kylee | $ 198.54 |
| 1908 | Wilburn, Marjorie | $ 41.85 |
| 1909 | Wilder, Kimberly | $ 269.21 |
| 1910 | Wilken, Brittni | $ 60.05 |
| 1911 | Wilkinson, Tara | $ 171.40 |
| 1912 | Williams, Abby | $ 328.11 |
| 1913 | Williams, Ashley | $ 254.74 |
| 1914 | Williams, Diana | $ 565.65 |
| 1915 | Williams, Latasha | $ 630.67 |
| 1916 | Williams, Marcus | $ 180.26 |
| 1917 | Williams, Megan | $ 1,218.52 |
| 1918 | Williams, Misty | $ 606.35 |
| 1919 | Williams, Olivia | $ 35.74 |
| 1920 | Williams, Rachel | $ 32.05 |
| 1921 | Williams, Stephanie | $ 26.33 |
| 1922 | Williams, Tiarra | $ 25.00 |
| 1923 | Williamson, Alexis | $ 178.20 |
| 1924 | Willmore, Melissa | $ 46.76 |
| 1925 | Wilson, Alex | $ 427.47 |
| 1926 | Wilson, Angela | $ 719.73 |
| 1927 | Wilson, Dawn | $ 89.95 |
| 1928 | Wilson, Emily | $ 107.70 |
| 1929 | Wilson, Eudoria | $ 312.74 |
| 1930 | Wilson, Heather | $ 370.50 |
| 1931 | Wilson, Jacqueline | $ 279.61 |
| 1932 | Wilson, Kristine | $ 64.36 |
| 1933 | Wilson, Lexas | $ 147.16 |
| 1934 | Wilson, Nick | $ 468.67 |
| 1935 | Wilson, Nikki | $ 49.31 |
| 1936 | Wilson, Rachel | $ 555.89 |
| 1937 | Wilson, Taylor | $ 372.80 |
| 1938 | Wilson, Tiffany | $ 25.00 |
| 1939 | Wilson, Torrey | $ 35.92 |
| 1940 | Wilson, Veronica | $ 25.00 |
| 1941 | Wimsatt, Colleen | $ 25.00 |
| 1942 | Windell, Allison | $ 178.20 |
| 1943 | Windsor, Haley | $ 34.09 |
| 1944 | Wines, Erica | $ 126.86 |
| 1945 | Winistoerfer, Heidi | $ 99.95 |
| 1946 | Winters, Allie | $ 150.18 |
| 1947 | Winters, Tara | $ 136.65 |
| 1948 | Wise, Alexandria | $ 25.00 |
| 1949 | Wixon, Jennifer | $ 25.00 |
| 1950 | Woffard, Damon | $ 37.28 |

**Davis v. A Sure Wing LLC**
**Settlement Agreement**
**Exhibit A**

|  | Employee | Settlement Award |
|---|---|---|
| 1951 | Wofford, Jordan | $ 151.44 |
| 1952 | Wojcicki, Haley | $ 29.36 |
| 1953 | Wolcott, Sydney | $ 103.81 |
| 1954 | Wold, Kaitlyn | $ 37.09 |
| 1955 | Wolf, Emily | $ 25.00 |
| 1956 | Wolf, Susan | $ 629.54 |
| 1957 | Wolfram, Michael | $ 54.66 |
| 1958 | Woodard, Evan | $ 216.98 |
| 1959 | Woodland, Latoya | $ 25.00 |
| 1960 | Woods, Ashley | $ 88.52 |
| 1961 | Woods, Tiaerra | $ 97.15 |
| 1962 | Woolfolk, Crystal | $ 129.63 |
| 1963 | Woolfolk, Kaylynn | $ 25.00 |
| 1964 | Wopp, Sarah | $ 523.60 |
| 1965 | Wright, Anna | $ 416.72 |
| 1966 | Wright, Carlyn | $ 35.14 |
| 1967 | Wright, Heather | $ 162.09 |
| 1968 | Wright, Lacie | $ 25.00 |
| 1969 | Wright, Leah | $ 354.52 |
| 1970 | Wright, Lesleigh | $ 76.48 |
| 1971 | Wright, Torrick | $ 267.79 |
| 1972 | Wyman, Cassandra | $ 449.89 |
| 1973 | Yancy, Shanae | $ 35.60 |
| 1974 | Yelton, Brianna | $ 28.75 |
| 1975 | Yoakum, Michaela | $ 137.68 |
| 1976 | York, Jamie | $ 343.46 |
| 1977 | Young, Amy | $ 520.73 |
| 1978 | Young, Carissa | $ 25.00 |
| 1979 | Young, Nicholas | $ 25.00 |
| 1980 | Young, Sheena | $ 176.78 |
| 1981 | Young, Tanya | $ 325.31 |
| 1982 | Youngstrom, Peter | $ 84.45 |
| 1983 | Zahirovic, Mirnesa | $ 31.47 |
| 1984 | Zamarripa, Leanita | $ 25.00 |
| 1985 | Zapp, Danielle | $ 39.41 |
| 1986 | Zarbo, Melissa | $ 25.00 |
| 1987 | Zehnle, Amy | $ 52.14 |
| 1988 | Zirkelbach, Haley | $ 532.70 |
| 1989 | Zoll, Tiffany | $ 320.69 |
| 1990 | Zymowski, Caitlin | $ 25.00 |
| 1991 | Zytko, Shelby | $ 52.30 |

# EXHIBIT B

A settlement has been preliminarily approved in a class action lawsuit filed against A Sure Wing, LLC, Diversified Restaurant Holdings, Inc. and AMC Wings, Inc. (collectively "A Sure Wing") called *Davis, et al. v. A Sure Wing, LLC, et al.,* Case No. 15-cv-1384. The lawsuit alleges that A Sure Wing failed to pay minimum wages to their Illinois and Missouri servers and bartenders from December 18, 2012 to June 29, 2015 for Illinois employees, and from May 20, 2013 to June 29, 2015 for Missouri employees (the Class Period).

You are receiving this notice because A Sure Wing's records reflect that you are a class member. A Sure Wing has agreed to pay $600,000.00 to settle this action. This notice explains your options. You may: (i) do nothing and get a share of the settlement; (ii) exclude yourself from the settlement and not receive a share; or (iii) object to the settlement. The U.S. District Court for the Southern District of Illinois has authorized this notice. Before any money is paid, the Court will have a hearing to decide whether to approve the settlement.

### Who Is Included in the Settlement?

This class action and settlement includes all persons employed by A Sure Wing in Illinois or Missouri who were paid the sub-minimum tip credit rate of pay who were identified by name in the time and payroll data produced by A Sure Wing on June 7, 2016, and only for time periods contained in the data, or from December 18, 2012 to June 29, 2015 for Illinois employees, and from May 20, 2013 to June 29, 2015 for Missouri employees.

### What Is this Lawsuit About?

The lawsuit claimed that A Sure Wing violated the tip-credit provisions of state and federal law minimum wage law because it required servers and bartenders to perform improper types, and excessive amounts, of non-tipped work while paying them the sub-minimum tip credit wage rate. A Sure Wing denies that there is any truth to these claims, and further denies that Diversified Restaurant Holdings, Inc. and AMC Wings, Inc., should be held liable under a successor liability theory. You can learn more about the case, by obtaining a detailed notice or by reviewing the Settlement Agreement, by contacting Plaintiffs' counsel, Werman Salas, P.C. at 312-419-1008, or by calling the Claims Administrator at 1-xxx-xxx-xxxx.

### What does the Settlement Provide?

The parties estimate that about $376,100 will be available for distribution to class members. **Your estimated recovery in this settlement is $_____ in unpaid minimum wages and $_____ in penalties, liquidated and other non-wage recovery damages.** For a full explanation of how the payments were calculated, please see Section V.8 of the Settlement Agreement. You may request a copy of the Settlement Agreement from Plaintiffs' counsel, Werman Salas, P.C. at 312-419-1008, or the Settlement Administrator at 1-xxx-xxx-xxxx.

Unless you exclude yourself from the settlement as explained below, you will release and forever discharge all claims you have against A Sure Wing under state and local law arising out of the same facts that form the basis of the claims that were asserted in the lawsuit. If you endorse your Settlement Check you also will release any claims you have against A Sure Wing under the federal Fair Labor Standards Act ("FLSA") arising out of the same facts that form the basis of the claims that were asserted in the lawsuit. Class Representatives Davis and Johnson and certain Opt-In Plaintiffs who participated in discovery will provide A Sure Wing with a release of all claims they have against A Sure Wing arising from their employment with, treatment at, wages from, or separation of employment from A Sure Wing.

### What Are Your Options?

(1) If you wish to participate in the settlement and receive a settlement award, do nothing. A check will be mailed to you.

(2) If you do not want to be legally bound by the settlement, you must exclude yourself by _____, 2016. To do so, you must mail your written request for exclusion to the Claims Administrator at the address below and provide your name, address, telephone number and last four digits of your Social Security Number. If you exclude yourself, you will not receive money from this settlement, but you will retain your legal rights regarding any claims that you may have for unpaid minimum wages.

(3) You may also object to the settlement by _____, 2016. **You may not object to the Settlement if you exclude yourself.** If you want to object to the Settlement, you must mail a written statement to both the Clerk of the Court and the Claims Administrator by _____, 2016. No class member shall be entitled to be heard at the Final Approval hearing or to object to the settlement, unless written notice of the Class Member's intention to appear has been mailed to the Clerk of the Court and the Claims Administrator by _____, 2016.

For a full explanation of how to exclude yourself from the settlement or object to the settlement, please see Section V.14 of the Settlement Agreement. You may review the Settlement Agreement by contacting Plaintiffs' Counsel or the Settlement Administrator at

| Settlement Administrator: | Plaintiffs' Counsel: |
|---|---|
| **Claims Administrator Address Address line 2 (xxx) xxx-xxxx** | **Douglas M. Werman Zachary C. Flowerree Werman Salas P.C. 77 West Washington Strett, Suite 1402 Chicago, IL 60602 (312) 419-1008** |

### How do I update my Contact Information?

You must notify the Claims Administrator of any changes in your mailing address so that your settlement award will be sent to the correct address. To update your mailing address, contact the Claims Administrator, identified above.

### When is the Final Approval Hearing?

The Court will hold a hearing in this case on [Date], 2016, in Courtroom XXXX, United States Courthouse, 750 Missouri Avenue, East St. Louis, IL 62201 at [Time], to consider, among other things, (1) whether to approve the settlement; (2) a request by the lawyers representing all class members to an award of no more than $200,000.00 in attorneys' fees and no more than $3,000 in costs for litigating the case and negotiating a settlement; (3) a request for $5,000 each as a Service Payment to the two Class Representatives for their service to the Class in initiating and pursuing the litigation; and (4) a request for $500 each as Service Payments to two Opt-In Plaintiffs who were instrumental in prosecuting this Action.