IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **DERISSA DAVIS and JENNIFER JOHNSON,** on behalf of themselves and all other persons similarly situated, known and unknown,<br><br>**Plaintiffs,**<br><br>v.<br><br>**A SURE WING, LLC, DIVERSIFIED RESTAURANT HOLDINGS, INC. and AMC WINGS, INC.**<br><br>**Defendants.** | Case No. 15-cv-1384-SCW<br><br>Magistrate Judge Stephen C. Williams |

**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF SETTLEMENT AGREEMENT FOR CLASS AND COLLECTIVE ACTION CLAIMS AND FOR AN AWARD OF ATTORNEYS' FEES AND COSTS**

Plaintiffs, on behalf of themselves and a class of similarly situated individuals, move this Court for Final Approval of the Parties' Settlement Agreement for Class and Collective Action Claims and for an Award of Attorneys' Fees and Costs. In support of this Motion, Plaintiffs submit a Supporting Memorandum of Law.

Respectfully submitted,

Dated: December 29, 2016

s/Douglas M. Werman
Douglas M. Werman – dwerman@flsalaw.com
Zachary C. Flowerree – zflowerree@flsalaw.com
Werman Salas P.C.
77 West Washington Street, Suite 1402
Chicago, Illinois 60602
(312) 419-1008

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on December 29, 2016, I electronically filed **Plaintiffs' Unopposed Motion for Final Approval of the Parties' Settlement Agreement for Class and Collective Action Claims and for an Award of Attorneys' Fees and Costs** with the Clerk of the District using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

- **J. William Lucco –** blucco@lbtdlaw.com.

- **Christopher P. Threlkeld** – cthrelkeld@lbtdlaw.com.

- **Christopher O. Bauman –** cbauman@bbdlc.com

- **Glenn A. Norton –** gnorton@bbdlc.com

- **Jason K. Turk –** jturk@bbdlc.co)

- **Sari M. Alamuddin –** salamuddin@morganlewis.com

- **Stephanie L. Sweitzer –** ssweitzer@morganlewis.com

s/Douglas M. Werman
One of Plaintiffs' Attorneys

Douglas M. Werman – dwerman@flsalaw.com
Zachary C. Flowerree – zflowerree@flsalaw.com
Werman Salas P.C.
77 W. Washington Street, Suite 1402
Chicago, IL 60602
(312) 419-1008

Attorneys for Plaintiffs